UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BIG CAT RESCUE CORP., a Florida
not-for-profit corporation,

     Plaintiff,

v.                                   Case No.: 8:11-cv-209-T-MSS-MAP

BIG CAT RESCUE ENTERTAINMENT
GROUP, INC., et al.,

     Defendants.

_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of various pending motions submitted by the parties.  For the reasons set forth at the evidentiary hearing held before the Undersigned on January 12, 2012, and consistent with the directives issued at the hearing, it is hereby **ORDERED** that:

1. Defendants' Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 39) is **DENIED** in all respects.

2. Plaintiff's Motion to Dismiss/More Definite Statement (Dkt. 34) is **GRANTED**.

    a. Defendants' Amended Counterclaim is **DISMISSED WITHOUT PREJUDICE**.

    b. Defendants are granted leave to file a Second Amended Answer, Affirmative Defenses, and Counterclaim **on or before February 7, 2012.**

1

    c.  Plaintiff shall have **up to and including fourteen (14) days from the date such Second Amended Answer, Affirmative Defenses, and Counterclaim is filed** to file a response with the Court.

3. The parties are directed to **FILE** an Amended Case Management Report that reflects agreed upon dates **on or before February 14, 2012.** The proposed extensions in the amended report shall not exceed six (6) months.

**DONE and ORDERED** in Tampa, Florida, this 17th, day of January 2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record
Any Unrepresented Party

2