BETH ANN CORLEY - 6/6/2011

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BIG CAT RESCUE CORP.,
a Florida not-for-profit
corporation,

    Plaintiff,

vs.                              No. 8:11 cv-00209-JDW-MAP

BIG CAT RESCUE
ENTERTAINMENT GROUP,
INC., et al.,

    Defendants.


DEPOSITION OF BETH ANN CORLEY
TAKEN ON BEHALF OF THE PLAINTIFF
ON JUNE 6, 2011, BEGINNING AT 9:11 A.M.
IN OKLAHOMA CITY, OKLAHOMA


APPEARANCES

On behalf of the PLAINTIFF:
    Frank R. Jakes
    JOHNSON, POPE, BOKOR, RUPPEL & BURNS
    403 East Madison Street, Suite 400
    Tampa, Florida 33602
    (813) 225-2500
    frankj@jpfirm.com

On behalf of the DEFENDANTS:
    Eric C. Pinkard
    ANDERSON PINKARD
    13577 Feather Sound Drive, Suite 670
    Clearwater, Florida 33762-5532
    (727) 329-1999
    epinkard@FloridaLawPartners.com

ALSO PRESENT:  Howard Baskin
                 Joe Schreibvogel


REPORTED BY:  Jean Baysinger, CSR RPR RMR

EXHIBIT 1

BETH ANN CORLEY - 6/6/2011

Page 2

INDEX

Page

Direct Examination by Mr. Jakes................ 3

Plaintiff's Exhibits

1   Tigers in Need Donation Form................ 17
2   Back Side of Donation Form.................. 18
3   Big Cat Rescue Donation Form................ 18
4   Mounds Mall Placard......................... 27
5   Hutchinson Mall Poster...................... 29
6   Business Card............................... 30
7   DVD label................................... 33
8   Beth Corley Affidavit....................... 33

STIPULATIONS

It is hereby stipulated and agreed by and between the parties hereto, through their respective attorneys, that the deposition of BETH ANN CORLEY may be taken pursuant to Notice and in accordance with the Federal Rules of Civil Procedure on June 6, 2011, at the offices of Professional Reporters, 511 Couch Drive, Oklahoma City, Oklahoma, before Jean Baysinger, CSR RPR RMR.

BETH ANN CORLEY - 6/6/2011

Page 3

1  WHEREUPON,

2              BETH ANN CORLEY,

3  after having been first duly sworn, deposes and says

4  in reply to the questions propounded as follows,

5  to-wit:

6              DIRECT EXAMINATION

7  BY MR. JAKES:

8       Q    Please state your name.

9       A    Beth Corley.

10      Q    Is that your full legal name?

11      A    Yes, it is.

12      Q    No middle name?

13      A    Well, I have a middle name.  Beth Ann

14  Corley.

15      Q    A-n-n-e?

16      A    Yes.  A-n-n.

17      Q    All right.  Miss Corley, have you ever

18  given sworn testimony previously?

19      A    No, I have not.

20      Q    Let me just go over some ground rules so

21  we don't step on some toes.  I know your attorney

22  has probably spoken to you a little bit about this,

23  but I'm going to be asking you a series of questions

24  today.  This fine lady here can only take down one

25  of us talking at once, so if you'd be so kind as to

BETH ANN CORLEY - 6/6/2011

Page 7

1  vice-president, volunteer, anything?
2       A     Just volunteer.
3       Q     Okay.  What are your responsibilities as a
4  volunteer at GW?
5       A     Taking care of animals.
6       Q     What does that entail?
7       A     Feeding, their health, cleaning them,
8  making sure that they're safe at all times and that
9  our staff members are safe at all times.  Or
10 volunteers, I guess I should say.  We're called
11 staff because we are a staff, but -- we have staff
12 meetings, but it's volunteers.
13      Q     You testified that you're part of the road
14 show crew.  What does that mean?
15      A     We have a traveling exhibit that goes and
16 sets up our animal display at certain venues, and we
17 try to help GW Park survive.
18      Q     What do you mean by that?
19      A     Well, we receive money for the pictures
20 and the play cages that we do, and then we send it
21 to the park so that they can use it for their
22 business.
23      Q     I'll kind of follow up with that in just a
24 second.  How long have you served as part of the
25 road show crew at GW?

BETH ANN CORLEY - 6/6/2011

Page 8

1    A    About seven years.
2    Q    So for the first year, you were just doing
3    volunteer work on the site?
4    A    That is correct.
5    Q    With respect to your work for GW on the
6    road show for the animal display, you indicate that
7    that generates revenue for GW.  Correct?
8    A    Yes, it does.
9    Q    And some of the revenue is from pictures
10   that are taken at the display.  Is that correct?
11   A    Yes.
12   Q    And I think you said play cage revenue.
13   Is that -- did I get that right?
14   A    Yeah.  It's interaction with baby tigers.
15   Q    Are there any other ways, as part of the
16   road show for GW, that you generate revenue for GW?
17   A    Just donations that people want to make.
18   Q    How many people are currently on the road
19   show crew for GW?
20   A    We have volunteers that come with us.  We
21   have different ones everyplace we go, and depending
22   on how many people that are willing to volunteer is
23   how many people we have with us for that time.
24   Q    Do the volunteers all muster together, if
25   you will, in Wynnewood before you leave for an

BETH ANN CORLEY - 6/6/2011

Page 24

1  photograph of a tent. Is that the tent that you set
2  up for your animal display?
3      A    Yes.
4      Q    Do people get charged to sit in the tent
5  to watch the animal display?
6      A    No.
7      Q    When you receive donations or payments for
8  the pictures or the -- was it play care?
9      A    Yeah.
10     Q    I'm sorry.
11     A    Play cage.
12     Q    Play cage. I apologize. What do you do
13 with that money?
14     A    Send it to GW Animal Park.
15     Q    And how do you do that?
16     A    Send it overnight.
17     Q    When was the first time that you recall
18 using the Big Cat Rescue Entertainment name in
19 conjunction with your animal displays?
20     A    I don't remember exactly when it was.
21     Q    Was it within the last year?
22     A    Yes.
23     Q    Did Mr. Schreibvogel tell you why he
24 wanted to use that name?
25     A    No.