JOSEPH ALLEN SCHREIBVOGAL - 6/6/2011

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BIG CAT RESCUE CORP.,
a Florida not-for-profit
corporation,

    Plaintiff,

vs.                 No. 8:11 cv-00209-JDW-MAP

BIG CAT RESCUE
ENTERTAINMENT GROUP,
INC., et al.,

    Defendants.

DEPOSITION OF JOSEPH ALLEN SCHREIBVOGEL
TAKEN ON BEHALF OF THE PLAINTIFF
ON JUNE 6, 2011, BEGINNING AT 10:45 A.M.
IN OKLAHOMA CITY, OKLAHOMA

APPEARANCES

On behalf of the PLAINTIFF:
    Frank R. Jakes
    JOHNSON, POPE, BOKOR, RUPPEL & BURNS
    403 East Madison Street, Suite 400
    Tampa, Florida 33602
    (813) 225-2500
    frankj@jpfirm.com

On behalf of the DEFENDANTS:
    Eric C. Pinkard
    ANDERSON PINKARD
    13577 Feather Sound Drive, Suite 670
    Clearwater, Florida 33762-5532
    (727) 329-1999
    epinkard@FloridaLawPartners.com

ALSO PRESENT:  Howard Baskin
              Beth Corley

REPORTED BY:  Jean Baysinger, CSR RPR RMR

EXHIBIT
2

83754db5-e603-4925-bafb-5a06957874e5

JOSEPH ALLEN SCHREIBVOGAL - 6/6/2011

Page 2

1                          INDEX

2                                              Page

3      Direct Examination by Mr. Jakes...............      4

4

5                     Plaintiff's Exhibits

6      1   30(b)(6) Notice...........................      8

7      2   Certificate of Incorporation..............     11

8      3   Facebook Page.............................     42

9      4   Press Release.............................     48

10     5   Press Release.............................     50

11     6   Joe Schreibvogel Affidavit................     65

12     7   Facebook Page.............................     69

13     8   Consumer Complaint Form...................     78

14     9   E-mail (3/10/11)..........................     81

15     10  USZA letter...............................     82

16     11  USZA letter...............................     83

17     12  Web Page..................................     85

18     13  Whois Lookup..............................     89

19     14  2011 Fair Packet Mailing List.............     91

20     15  Monthly Donations List....................     92

21

22          Plaintiff's Exhibits to Corley Deposition

23     1   Tigers in Need Donation Form..............     54

24     3   Big Cat Rescue Donation Form..............     55

25     6   Business Card.............................     57

Page 3

1                    STIPULATIONS

2             It is hereby stipulated and agreed by and

3    between the parties hereto, through their respective

4    attorneys, that the deposition of JOSEPH ALLEN

5    SCHREIBVOGEL may be taken pursuant to Notice and in

6    accordance with the Federal Rules of Civil Procedure

7    on June 6, 2011, at the offices of Professional

8    Reporters, 511 Couch Drive, Oklahoma City, Oklahoma,

9    before Jean Baysinger, CSR RPR RMR.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

83754db5-e603-4925-bafb-5a06957874e5

```
                                                    Page 4
 1   WHEREUPON,

 2                  JOSEPH ALLEN SCHREIBVOGEL,

 3   after having been first duly sworn, deposes and says

 4   in reply to the questions propounded as follows,

 5   to-wit:

 6                  DIRECT EXAMINATION

 7   BY MR. JAKES:

 8       Q    Mr. Schreibvogel, have you given sworn

 9   testimony previously?

10       A    Many times.

11       Q    In what capacity?

12       A    As a police chief.

13       Q    Of?

14       A    The city of Eastvale, Texas.

15       Q    Can you spell that for me, Eastvale?

16       A    E-a-s-t-v-a-l-e.

17       Q    Is that one word or two?

18       A    One word, but it is now The Colony, Texas.

19       Q    How long were you the police chief of

20   Eastvale, Texas?

21       A    Between '82 and -- I think my accident was

22   somewhere in '85.

23       Q    What type of accident did you have?

24       A    Car wreck.

25       Q    Did that disable you from being able to
```

83754db5-e603-4925-bafb-5a06957874e5

Page 16

1    because I'm being sued, that it's not even a d/b/a.

2    It's a actual corporation.

3         Q    Are you involved with any other

4    corporations other than Big Cat Entertainment --

5    excuse me -- Big Cat Rescue Entertainment and GW?

6         A    Not that I'm aware of.

7         Q    What about Welch's Entertainment Group?

8         A    That was supposed to be a d/b/a name.

9         Q    What about the U.S. Zoological

10   Association?

11        A    I am that, yeah.  Totally forgot.  Blew my

12   mind on that one.  I'm also the president of the

13   United States Zoological Association.

14        Q    Is that an Oklahoma entity?

15        A    Yes, sir.

16        Q    Is it a not-for-profit?

17        A    Yes, sir.

18        Q    How is the -- how are the shares of U.S.

19   Zoological Association held?  Do you know?

20        A    I'm not the one that set the -- the -- and

21   filed for the IRS stuff.  That was all handled by

22   the -- one of the board members, Bob Turner, that

23   lives, I believe, in Indiana.

24        Q    When was the U.S. Zoological Association

25   formed?

83754db5-e603-4925-bafb-5a06957874e5

JOSEPH ALLEN SCHREIBVOGAL - 6/6/2011

Page 17

1    A    Three, four years ago.

2    Q    **What is the purpose of the organization?**

3    A    To educate private owners, zoos, anybody

4  to do with exotic and normal animals.

5    Q    **Have you always been the president?**

6    A    Since it started, yes, sir.

7    Q    **Where does the U.S. Zoological Association**

8  **maintain its offices?**

9    A    Out of the GW -- well, since I'm the

10  president, I answer all the e-mails and everything

11  else, so that's done on my computer out of my

12  office.  The finances are all handled out of Beau

13  Nighswander's house, which is in Ohio.

14    Q    **Let me stop you there.  Give me that name**

15  **again for the court reporter.**

16    A    Beau.  I think that's B-e-a-u.

17    Q    **Yes, sir.**

18    A    Nighswander, however you spell that.  I

19  don't know.  He is the treasurer.

20    Q    **N-i-g-h-s-w-a-n-d-e-r?**

21    A    Sounds familiar.

22    Q    **Apart from those corporations, any other**

23  **corporations that you're involved in?**

24    A    Not that come to mind now, no.

25    Q    **Sorry?**

83754db5-e603-4925-bafb-5a06957874e5

Page 52

```
 1        Q     Who's paying for that trip?

 2        A     I am.

 3        Q     Personally, or through Big Cat?

 4        A     Personally.

 5        Q     Or through GW?

 6        A     Personally.

 7        Q     Will you be identified as the president of

 8  GW while you're there?

 9        A     Yes.

10        Q     Will you be identified as having any

11  affiliation with Big Cat Rescue Entertainment while

12  you're there?

13        A     No.

14        Q     Do you know Kathy Sterns?

15        A     Yeah.

16        Q     Who is she?

17        A     A colleague that owns a zoo or whatever

18  you want to call it in -- somewhere in Florida.  I

19  don't even know what city she is in.

20        Q     Have you ever visited her facility?

21        A     No.

22        Q     Has she ever visited your facility?

23        A     Yeah.

24        Q     Has GW ever had any business dealings with

25  Miss Stern?
```

83754db5-e603-4925-bafb-5a06957874e5

JOSEPH ALLEN SCHREIBVOGAL - 6/6/2011

```
                                                   Page 53

 1      A     We gave her a tiger.

 2      Q     When you say you gave her a tiger, was

 3  there any compensation involved?

 4      A     Yeah.  We sold it to her.

 5      Q     Do you remember approximately how much you

 6  sold it to her for?

 7      A     $5,000.

 8      Q     And you understood that she would be

 9  having this tiger in Florida?

10      A     Yes.

11      Q     Does Dade City sound familiar to you?

12      A     I know the name of her facility is Dade

13  City Wild Things, but I think I remember her address

14  on the internet being a different town, because

15  there's a Dade County down by Miami, is there not?

16  So I'm really not sure.

17      Q     About when did GW sell the tiger cub to

18  Kathy Sterns?

19      A     Wow.  I couldn't sit here and give you a

20  date.

21      Q     Was it in 2010?

22      A     You obviously have the record, so tell me.

23      Q     So --

24      A     Or let me see the document so I can tell

25  you.  Honestly, I don't know.
```

83754db5-e603-4925-bafb-5a06957874e5

JOSEPH ALLEN SCHREIBVOGAL - 6/6/2011

Page 54

1      Q      Were you personally involved in that

2   transaction?

3      A      Yes.

4      Q      Has GW sold any other animals to persons

5   located within the state of Florida other than Kathy

6   Sterns?

7      A      No.

8      Q      Apart from the tiger cub, has GW sold any

9   other animals to Kathy Sterns?

10     A      No.

11            (Plaintiff's Exhibit 1 to the Beth Corley

12   deposition previously marked for identification.)

13     Q      (By Mr. Jakes)   Referring to what has been

14   marked as Exhibit 1 to Miss Corley's deposition,

15   which was, I believe, a flyer that you brought with

16   you today, who prepared the content of that flyer?

17     A      Aaron Stone.

18     Q      Did you review it?

19     A      Somewhat.

20     Q      Okay.   Is there anything inaccurate about

21   that flyer?

22     A      The Tigers in Need was not built in 1999.

23   The GW Exotic Animal Park was.   I never actually

24   read this whole thing.   Okay.

25     Q      Okay.   Is there anything inaccurate about

83754db5-e603-4925-bafb-5a06957874e5

JOSEPH ALLEN SCHREIBVOGAL - 6/6/2011

Page 57

1    not a 501(c)(3).

2         A    I believe it's an Oklahoma not-for-profit,

3    but it's not an IRS 501(c)(3).

4              MR. JAKES:  This might be a good place to

5    grab the sandwiches.

6              (Recessed from 12:10 p.m. to 12:42 p.m.)

7              (Plaintiff's Exhibit 6 to the Beth Corley

8    deposition previously marked for identification.)

9         Q    (By Mr. Jakes)  Mr. Schreibvogel, I'm

10   showing you what we have marked as Plaintiff's

11   Exhibit 6 to the deposition of Miss Corley.  Do you

12   recognize that as being a photocopy or an

13   enlargement of a business card for Big Cat Rescue

14   Entertainment?

15        A    Yes.

16        Q    And that was prepared by GW?

17        A    This was prepared by Aaron Stone.

18        Q    Working with GW.  Correct?

19        A    A volunteer at GW, yes.

20        Q    All right.  And your involvement in the

21   preparation of that business card was what?

22        A    I wasn't even there.

23        Q    Okay.  Where's the Florida office for Big

24   Cat Rescue Entertainment?

25        A    We don't have a Florida office.

83754db5-e603-4925-bafb-5a06957874e5

Page 58

1    Q    Why does the Big Cat Rescue Entertainment

2  business card identify a Florida office?

3    A    Because that's the way Aaron Stone

4  designed it.

5    Q    Where is Big Cat Rescue Corp. located?

6    A    Their Big Cat Rescue Corp.?

7    Q    Yes.

8    A    Tampa, Florida.

9    Q    Was there confusion into which one we were

10  talking about?

11    A    Huh?

12    Q    Were you confused as to which one we were

13  talking about?

14        MR. PINKARD:   Object to form.

15    A    I was confused on what question you're

16  asking.

17    Q    (By Mr. Jakes)   Okay.   And you're

18  testifying that your Big Cat Rescue Entertainment

19  does not have a Florida office.   Correct?

20    A    Correct.

21    Q    The phone number there, 813-361-9611, do

22  you see that?

23    A    Yeah.

24    Q    Whose phone number is that?

25    A    It's a cell phone.

83754db5-e603-4925-bafb-5a06957874e5

JOSEPH ALLEN SCHREIBVOGAL - 6/6/2011

Page 68

1    Cat Rescue Entertainment posters.

2         A    I didn't think a phone number was no big

3    deal.  It was a hundred dollars worth of business

4    cards.  Use them up.

5         Q    Okay.  But you knew the phone number was

6    on there.  Correct?

7         A    Yes.

8         Q    And you knew it said, "Florida office."

9    Right?

10        A    Yeah.

11        Q    And that's not true, according to you.

12   Right?

13        A    Right.

14        Q    But you thought it was okay to tell people

15   you have a Florida office on your business card?

16        A    When they call this number, we tell them

17   where we're at.  Have you had anybody call and

18   somebody answer this phone and say, "I'm sitting in

19   Tampa, Florida"?  No.  We tell them that we're

20   located in Wynnewood, Oklahoma.

21        Q    But you still think it's okay to hand out

22   business cards saying you have a Florida office.

23        A    We only had 500 business cards to get rid

24   of.  Really?  We've never reordered them.  I believe

25   in saving the environment and quit wasting paper,

JOSEPH ALLEN SCHREIBVOGAL - 6/6/2011

Page 72

1      A    What's your question?

2      Q    I'm sorry.  Is it your view that -- is it

3  your position that Big Cat Rescue Entertainment is

4  really just GW?

5      A    All three of them are.

6      Q    Okay.  What personal involvement do you

7  have in tigersinneed.org?

8      A    What do you mean, personal involvement?

9      Q    You say that's a GW website?

10     A    Well, they all link back to GW.

11     Q    Did you personally have anything to do

12  with getting that URL address?

13     A    Yes, I did.

14     Q    Okay.  What did you do?

15     A    What did I do?

16     Q    Yes.

17     A    Whatever you call it when you register a

18  domain name, tigersinneed.org, and we had the

19  private registration put on it, and that wasn't good

20  enough.  Carole Baskin had to slander

21  tigersinneed.org all over the internet, so I changed

22  the URL registration name to Vicky Welch.

23     Q    You did that, personally.

24     A    Yes, I did.

25     Q    I'd ask you to look at the third page

83754db5-e603-4925-bafb-5a06957874e5