```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF FLORIDA
                      TAMPA DIVISION
```

BIG CAT RESCUE CORP.,
A FLORIDA NOT-FOR-PROFIT CORPORATION,

                             Plaintiff,

                             Case No. 8:11-ev-209-JDW-MAP

    vs.

BIG CAT RESCUE ENTERTAINMENT GROUP, INC.,
AN OKLAHOMA CORPORATION;
G.W. EXOTIC MEMORIAL ANIMAL FOUNDATION
D/B/A BIG CAT RESCUE ENTERTAINMENT GROUP,
AN OKLAHOMA CORPORATION;
JOE SCHREIBVOGEL, A/K/A JOE EXOTIC,
A/K/A AARRON ALEX, A/K/A CODY RYAN, INDIVIDUALLY;
BETH CORLEY, INDIVIDUALLY;
AND VICKY WELCH, INDIVIDUALLY,

                             Defendants.

        Telephonic Deposition of VICKY WELCH held at the offices of Western New York Court Reporting Services, 268 Main Street, Suite 301, Buffalo, New York, on Wednesday, June 8th, 2011, commencing at 8:43 A.M., before Chrisann Militello, Notary Public, pursuant to notice.

        Reported by:

        Chrisann Militello, Court Reporter



Page 2

1  APPEARANCES:
2
3  Appearing on behalf of the Plaintiff:
4    FRANK R. JAKES, FBN 372226
5    JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
6    Post Office Box 1100
7    Tampa, Florida 33601-1100
8    (813) 225-2500
9    (813) 223-7118
10   frankj@jpfirm.com
11
12 Appearing on behalf of the Defendant, Vicky Welch
13   TRACY M. HENRY, ESQUIRE
14   ANDERSON PINKARD
15   13577 Feather Sound Drive
16   Suite 670
17   Clearwater, Florida 33762
18   Phone: (727) 329-1999
19
20         *   *   *
21
22
23

Page 3

1        WITNESS INDEX
2  VICKY WELCH
3  Examination by Mr. Jakes ................................. 5
4
5
6       INDEX OF EXHIBITS
7  #  DESCRIPTION
8  1  AFFIDAVIT OF VICKY WELCH ........................... 4
9  2  PRESS RELEASE ...................................... 4
10 3  BIG CAT RESCUE ENTERTAINMENT BUSINESS CARD ......... 4
11 4  BIG CAT RESCUE ENTERTAINMENT 2-PAGE DOCUMENT ....... 4

Page 4

1        (WHEREUPON, the following
2  stipulations were entered into by counsel)
3
4        It is hereby stipulated by and between the
5  attorneys for the respective parties hereto:
6        That the oath of the Referee
7  is waived; That signing, filing and
8  certification of the transcript are waived,
9  and that all objections, except as to the form
10 of the questions are to be reserved until the
11 time of the trial.
12
13        (Whereupon, Affidavit of Vicky Welch was
14 marked as Exhibit 1 for identification.)
15        (Whereupon, Press Release was marked as
16 Exhibit 2 for identification.)
17        (Whereupon, Big Cat Rescue Entertainment
18 Business Card was marked as Exhibit 3 for
19 identification.)
20        (Whereupon, Big Cat Rescue Entertainment
21 brochure was marked as Exhibit 4 for
22 identification.)
23

Page 5

1        VICKY WELCH,
2  called as a witness and having been first duly sworn,
3        testified as follows:
4
5  EXAMINATION BY MR. JAKES
6    Q  Miss Welch, what is your home address?
7    A  201 North Taylor, T-A-Y-L-O-R, Wynnewood,
8  W-Y-N-N-E-W-O-O-D, Oklahoma, 73098.
9    Q  How long have you resided at the 201 North
10 Taylor address?
11   A  Approximately six months.
12   Q  Prior to the 201 North Taylor address, where
13 did you reside?
14   A  At the G. W. Animal Park, Oklahoma.
15   Q  And how long did you reside at the
16 G. W. Animal Park?
17   A  Approximately seven years.
18   Q  When did you move out of the G. W. Animal
19 Park?
20   A  Approximately when I started my new job.
21   Q  Give me a date if you can, approximately.
22   A  Middle of May.
23   Q  So did I misunderstand you the 201 North

2 (Pages 2 to 5)

www.firstchoicereporting.com

First Choice Reporting & Video Services
Worldwide Scheduling

800.939.0093

7f3b786e-f60c-4654-9c15-ead30602184b

Page 10

1  there at G. W. Animal Park?
2  A  Yes, sir. I mostly traveled.
3  Q  Okay.
4  A  I mostly did the road crew.
5  Q  Did you ever receive a W-2 from
6  G. W. Animal Park?
7  A  I'm not sure.
8  Q  Okay. Have you had to file federal income
9  taxes in the last five years?
10  A  No.
11  Q  Okay. How did you come to volunteer initially
12  at the G. W. Animal Park?
13  A  Joe had talked to me about it. I knew him
14  from before I came out there.
15  Q  How were you acquainted with him prior to
16  becoming a volunteer?
17  A  How was I acquainted with him?
18  Q  Yes.
19  A  We worked together on an ambulance service.
20  Q  When you first became a volunteer at the
21  G. W. Animal Park, what were your responsibilities?
22  A  To help take care of animals.
23  Q  Feeding, watering, things like that?

Page 11

1  A  Yes.
2  Q  Did you have any special training for that
3  work prior to coming to G. W. Animal Park?
4  A  No, I received the training after I got there.
5  Q  And was there a particular person that was
6  responsible for training you?
7  A  Joe.
8  Q  Okay. You mentioned that at some point you
9  became a member of the G. W. Animal Park road crew?
10  A  Uh-huh.
11  Q  Is that right?
12  A  Yes.
13  Q  About when did that happen, if you can recall?
14  A  From the start. I always have been.
15  Q  I'm just trying to put some dates to the
16  timeline if we can. Is 2004 about the time that you
17  went to become a volunteer?
18  A  That sounds about right, yes.
19  Q  And at that time was there already a road crew
20  at G. W. Animal Park?
21  A  Yes.
22  Q  When we say road crew, what are we talking
23  about?

Page 12

1  A  Traveling.
2  Q  And when you say travel, what travel is
3  involved?
4  A  I'm not sure what you are asking me.
5  Q  What's the purpose of the road crew at the
6  G. W. Animal Park?
7  A  To educate the public.
8  Q  And how is that done?
9  A  We would go around and show the tigers and
10  people were able to play with them or receive a photo
11  for them for a fee, for a donation and then they
12  would -- it would help make money for the park and we
13  would also have questions and answers and we would do an
14  educational show.
15  Q  When you first became a member of the
16  G. W. Animal Park road crew, did you have an
17  understanding as to how long they had been doing the
18  road show and the animal displays on the road?
19  A  No.
20  Q  Who was on the road crew when you first
21  joined?
22  A  I don't remember.
23  Q  Was Beth Corley?

Page 13

1  A  I believe so, yes.
2  Q  Was Joe Schreibvogel also on the road crew
3  when you first started?
4  A  At times.
5  Q  And that remained true during your entire time
6  as a volunteer at G. W. Animal Park that Joe
7  Schreibvogel would occasionally be on the road crew,
8  too?
9  A  He would do his magic show.
10  Q  Was that always the extent of his involvement
11  when he would travel with the road crew?
12  A  Towards the end, yes.
13  Q  How about before then?
14  A  Seven years ago?
15  Q  Yeah.
16  A  When I first started he was involved with the
17  road crew quite a bit and then he -- he did not after
18  that. He just did the magic show.
19  Q  When you say he was involved with the road
20  crew a great deal at the beginning, what did that
21  entail?
22  A  He was in charge.
23  Q  Okay. So he would actually be the supervisor

4 (Pages 10 to 13)

www.firstchoicereporting.com          First Choice Reporting & Video Services          800.939.0093
                                      Worldwide Scheduling
7f3b786e-f60c-4654-9c15-ead30602184b

VICKY WELCH - 6/8/2011

Page 26

1  Q   When you're on site at a venue doing an animal
2  show when you were still with G. W. Animal Park, would
3  there be signage?
4  A   When I was on-site at the park?
5  Q   No, no, no, no, no, when you are at a venue.
6  A   Yeah.
7  Q   When you are at a show would there be signage
8  associated with the show?
9  A   I believe so, yes.
10 Q   Okay. Who is responsible for setting up the
11 signage?
12 A   The office. I don't know who it was.
13 Q   So it was not somebody on the road crew?
14 A   That puts it up or that takes care of it?
15 Q   I see the confusion. Let me see if I can
16 clarify. I'm just talking now about you get to a
17 location to do an animal show.
18 A   Yes.
19 Q   There is signage; correct?
20 A   Yes.
21 Q   Is it signage that the road crew actually sets
22 out as part of the setup?
23 A   Yes.

Page 27

1  Q   Okay. And whose job was it typically to set
2  up the signage?
3  A   Nobody typically. Whoever.
4  Q   Just one of the jobs that had to be done?
5  A   Yes.
6  Q   And so sometimes you would do it, sometimes
7  Beth would do it, whomever was with you; right?
8  A   Yes.
9  Q   Okay. Typically, how many different signs
10 would be involved in a show?
11 A   Three.
12 Q   Okay. Just generally describe the nature of
13 the signs, how big and where they would typically be
14 placed.
15 A   Um, I mean, they're -- I believe approximately
16 six to eight foot banners on cages, brochures we set on
17 the table, folders, picture books that people could look
18 at. That's about all that I remember.
19 Q   Okay. Would you be responsible for manning
20 the table?
21 A   We all were, yes.
22 Q   And people who came to the show could for a
23 donation or a fee go into the play cage with the younger

Page 28

1  animals; is that right?
2  A   Yes.
3  Q   Would you actually be, as a general part of
4  your duties, taking care of the people who wanted to go
5  into the play cage?
6  A   Sometimes, yes.
7  Q   Okay. So it would be a shared --
8  A   Yes.
9  Q   -- responsibility?
10 A   Yes.
11 Q   Who typically would do the Q and A portion of
12 the show?
13 A   We all did.
14 Q   Who would typically be responsible for working
15 with the customers for photographs of the animals?
16 A   Beth and myself.
17 Q   Was there a particular photographer?
18 A   Excuse me?
19 Q   Who was the photographer?
20 A   Beth.
21 Q   The money that was collected from the
22 customers who came to the show, where did it go?
23 A   To the park.

Page 29

1  Q   How did it get there?
2  A   I don't know.
3  Q   That wasn't part of your job?
4  A   No, sir.
5  Q   But you would take money in from customers;
6  correct?
7  A   Yes, sir.
8  Q   And did you have like a till box or something
9  like that?
10 A   We had a donation jar and donation boxes and
11 we had a till box, yes.
12 Q   But you were not responsible for keeping that?
13 A   No.
14 Q   Prior to the time that you left last month,
15 what was the name that was on these six foot by eight
16 foot banners that were on the cages, the brochures on
17 the table?
18 A   The brochures on the table were Big Cat Rescue
19 Entertainment and the banners just had the prices of
20 the -- to take a picture and to play and it said we do
21 not recommend them as pets. I don't think there were
22 any names on the banners. I'm not sure.
23 Q   I'm going to show you what we marked as

8 (Pages 26 to 29)

Page 34

1  never visited Big Cat Rescue in Tampa; is that correct?
2  A  No, sir.
3  Q  I'm still trying to understand how you came to
4  learn about the organization if you didn't visit it and
5  Mr. Schreibvogel and Miss Corley didn't mention it to
6  you.
7  A  It's a nationally known place. I mean, I
8  don't know. I've heard people talk about it. Not to me
9  specifically. I've heard it mentioned. Nothing
10 specifically to me. I don't know.
11 Q  Did you know of Big Cat Rescue, the Plaintiff
12 whose located in Tampa, before you started using the Big
13 Cat Rescue Entertainment name for the animal shows?
14 A  I don't recall.
15 Q  You really don't remember?
16 A  No.
17 Q  Which you knew first?
18 A  I --
19    MS. HENRY: Asked and answered.
20    MR. JAKES: Go ahead and answer it.
21    THE WITNESS: I don't remember.
22 BY MR. JAKES
23 Q  Well, let's do it this away, Miss Welch.

Page 35

1  A  Okay.
2  Q  At the point in time the G. W. Animal Park
3  show started using the Big Cat Rescue Entertainment
4  name, were you familiar with Big Cat Rescue, the
5  Plaintiff, located in Tampa?
6  A  I've heard about it but no, I was not familiar
7  with it.
8  Q  Okay. So at the time that the Big Cat Rescue
9  Entertainment name was first used by the G. W. Animal
10 Park show --
11 A  Uh-huh.
12 Q  -- you had known about Big Cat Rescue in Tampa
13 Florida; correct?
14 A  I'm not sure.
15 Q  When you began using the Big Cat Rescue
16 Entertainment name for the animal show, did you ever ask
17 anybody: Why are we using that name?
18 A  No, I did not.
19    MS. HENRY: Object to that question. Go ahead
20    and answer it.
21    MR. JAKES: Okay. But what was the objection
22    to that one, Tracy?
23    MS. HENRY: Form. We'll just call it a form

Page 36

1  objection. We are still talking about relevance
2  here, Frank. This is just jurisdictional. We are
3  not getting into the claim against my client.
4     MR. JAKES: Okay. I understand that relevance
5  objections are always reserved. The form objection
6  I just didn't understand what the form challenge
7  was.
8     MS. HENRY: That I just didn't like it.
9     MR. JAKES: Okay. I have to look that one up
10 in the rule book.
11    MS. HENRY: It is like when you are on trial
12 and you say objection, Your Honor, that is a
13 improper question and then you backtrack.
14    MR. JAKES: Okay. I never do that.
15    MS. HENRY: But at any rate, go ahead, Vicky,
16 and you can answer the question.
17    MR. JAKES: I think she did.
18    THE WITNESS: I don't remember.
19 BY MR. JAKES
20 Q  Okay. In the course of the time that you were
21 working for the road crew for G. W. Animal Park using
22 the Big Cat Rescue Entertainment name, did anyone ever
23 come up to you or mention to you that there -- they were

Page 37

1  confused or didn't understand the relationship, if any,
2  with Big Cat Rescue, the Plaintiff, in Tampa?
3  A  I believe so, yes.
4  Q  How many times did something like that happen?
5  A  I don't know. A couple.
6  Q  Okay. When you say a couple, just two?
7  A  I'm not sure. There were two or three. I'm
8  not sure.
9  Q  All right. When was the first one you can
10 recall ever happening?
11 A  I don't recall when it happened.
12 Q  What were the circumstances of the first time
13 that something like that happened?
14 A  Could you be more specific?
15 Q  I'm just trying to understand, what do you
16 recall about the situation, the first time that somebody
17 raised a question about the Big Cat Rescue name?
18 A  They just asked me if we were affiliated with
19 them and I answered no.
20 Q  Okay. How did you know to answer no?
21 A  Because we're not affiliated with them.
22 Q  Well, did you ask Miss Corley or Joe
23 Schreibvogel whether there was any affiliation?

10 (Pages 34 to 37)

www.firstchoicereporting.com          First Choice Reporting & Video Services          800.939.0093
                                              Worldwide Scheduling
7f3b786e-f60c-4654-9c15-ead30602184b

Page 42

1  the summons and complaint that was served on you for the
2  lawsuit.
3  A  I believe so. I don't know.
4  Q  Well, do you remember where you were when you
5  signed this affidavit?
6  A  Yes.
7  Q  Where?
8  A  Yeah, I was at the park, yeah, somebody from
9  the park, the office gave it to me.
10 Q  Okay.
11 A  Okay.
12 Q  When you saw that you were being asked to
13 swear that you were the registrant for tigersinneed.org
14 website, that was a surprise to you; correct?
15 A  A little bit, yes.
16 Q  And what did you say?
17 A  I -- I was just surprised and Joe told me that
18 he had done it because that they -- they were tagging
19 the websites and talking bad about -- saying bad stuff
20 so that he -- he put it in my name.
21 Q  Okay. And let's -- I appreciate that.
22 Mr. Schreibvogel told you that they were tagging the
23 website. Who was the they that you understood

Page 43

1  Mr. Schreibvogel to be referring to?
2  A  He said Carole Baskin.
3  Q  And you understand Carole Baskin is affiliated
4  with Big Cat Rescue, the Plaintiff?
5  A  I do now, yes.
6  Q  Okay. Did you do any other investigation
7  about your status as a registrant --
8  A  No, I did not.
9  Q  -- for the tigersinneed.org website once
10 Mr. Schreibvogel told you he put it in your name?
11 A  No, sir, I did not.
12 Q  So you just took him at his word?
13 A  Yes.
14 Q  Have you asked to be taken off as the
15 registrant for tigersinneed.org?
16 A  No, sir.
17 Q  Is it fair to assume, Miss Welch, that you
18 have personally done nothing regarding the content that
19 might appear at the tigersinneed.org website?
20 A  No, sir, I have not.
21 Q  You have done nothing?
22 A  No.
23 Q  Okay. When you say no, it is going to look

Page 44

1  confusing. Let me try this again. What, if anything,
2  have you done to put words or content on the
3  tigersinneed.org website?
4  A  None. Nothing.
5  Q  Okay. In Paragraph eight you state: On the
6  front page of that website it states clearly that Tigers
7  In Need is a non-profit organization and is not
8  affiliated with any other company; do you see that?
9  A  Number eight?
10 Q  Yes.
11 A  I do see that.
12 Q  Did you know that to be the case when you
13 signed this affidavit?
14 A  No, sir.
15 Q  Have you ever gone to the tigersinneed.org
16 website?
17 A  No, sir.
18 Q  So you don't know what it says?
19 A  No, sir.
20 Q  Is Tigers In Need a non-profit organization?
21 A  I don't know.
22 Q  Do you know whether Tigers In Need is an
23 organization?

Page 45

1  A  I don't know.
2  Q  But of course you are familiar generally with
3  the business card that's Exhibit 3; right?
4  A  Yeah, it was sitting on our tables.
5  Q  Right. And you were handing them out?
6  A  Well, no, they picked them up.
7  Q  And you knew there was a tigersinneed.org
8  reference on the business card which is Exhibit 3,
9  though; right?
10 A  Do I now, yes.
11 Q  And you knew back then, too; right?
12 A  It is there.
13 Q  Sure. Do you have any understanding as to
14 whether tigersinneed.org is affiliated with any other
15 company?
16 A  No, sir, I do not.
17 Q  Okay. When you were working the shows and the
18 shows were being done under the Big Cat Rescue
19 Entertainment name with these business cards like
20 Exhibit 3 and people would give you donations, would you
21 ever sign receipts for people who gave you donations?
22 A  Yes.
23 Q  When you signed receipts --

12 (Pages 42 to 45)

Page 46

1    A   Well, we would send them to whoever was
2    running the front and they would get them a receipt,
3    yeah.
4    Q   When you say the front, you mean the table?
5    A   The register or whatever. Yeah.
6    Q   And what would be on the receipt? What name?
7    A   G. W. Animal Park.
8    Q   Was it ever tigersinneed.org?
9    A   I don't believe so.
10   Q   Is it your understanding, was it your
11   understanding that Big Cat Rescue Entertainment was a
12   name being used by G. W. Animal Park?
13   A   Yes, sir.
14   Q   Let me ask you to look at paragraph three of
15   your affidavit, Miss Welch. In it you swear that: I
16   work with an organization called Tigers In Need, a
17   non-profit organization that rescues, cares for, and
18   raises awareness of neglected exotic animals. We raise
19   funds that help support an exotic animal refuge. Was
20   that a true statement at the time you signed this
21   statement?
22   A   I thought it was, yes.
23   Q   Well, what's the organization called Tigers In

Page 47

1    Need?
2    A   I'm not sure what you are asking me.
3    Q   Okay. In this paragraph you say you work with
4    an organization. I'm asking you what is that
5    organization?
6    A   G. W. Animal Park.
7    Q   Okay. So Tigers In Need is G. W. Animal Park,
8    as far as you understand it?
9    A   Yes, sir.
10   Q   Okay. And when you say: We raise funds that
11   help support an exotic animal refuge, what are you
12   referring to?
13   A   G. W. Animal Park.
14   Q   In paragraph four you write or you swear: I
15   am an employee of Big Cat Rescue Entertainment, Inc; is
16   that true?
17   A   No.
18   Q   Have you ever been an employee of Big Cat
19   Rescue Entertainment, Inc; to your knowledge?
20   A   A volunteer employee. I guess we are talking
21   the same thing, yes.
22   Q   Well, have you been a volunteer for Big Cat
23   Rescue Entertainment, Inc.?

Page 48

1    A   Yes.
2    Q   Okay. Who is Big Cat Rescue Entertainment,
3    Inc.?
4    A   G. W. Animal Park.
5    Q   So when you were doing work for G. W. Animal
6    Park under the Big Cat Rescue Entertainment, Inc. name,
7    you always thought you were working for G. W. Animal
8    Park?
9    A   Yes.
10   Q   Coming back to the business card, Exhibit 3,
11   the other information about contact is in the right-hand
12   lower corner where it says:  Florida office
13   813-361-9611; do you see that?
14   A   I do.
15   Q   Where is the Florida office for Big Cat Rescue
16   Entertainment?
17   A   There's not one to my knowledge.
18   Q   When did you know that there was no Florida
19   office?
20   A   I don't know.
21   Q   Well, at the time that you started making
22   these business cards available for the public, did you
23   know that there was no Florida office?

Page 49

1    A   I didn't know what they were doing. I take
2    care of cats. I don't know anything about stuff. I'm
3    the cat lady. I -- I honestly, I don't know. They said
4    put them on the table, I put them on the table but I
5    don't know about any office.
6    Q   Okay. So you didn't know one way or the other
7    about the Florida office?
8    A   No.
9    Q   Did you ever call that phone number?
10   A   No.
11   Q   Did you ever put out any other business cards
12   with the Big Cat Rescue Entertainment name that had a
13   different phone number?
14   A   I'm not sure.
15   Q   Did anybody ever ask you while you were doing
16   the shows about the Florida office of Big Cat Rescue?
17   A   I'm not sure.
18   Q   Did anybody ever come up to you while you were
19   working the shows and ask about the 813 phone number?
20   A   I'm not sure. I'm really not sure.
21   Q   Okay. Well, if --
22   A   If there was confusion, I gave them that
23   website. This one, the gwpark website.