IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BIG CAT RESCUE CORP.,
a Florida not for profit
corporation,

    Plaintiff,

vs.                   CASE NO. 8:11-cv-00209-MSS-MAP

BIG CAT RESCUE
ENTERTAINMENT GROUP, INC., et al.,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

VIDEOTAPED DEPOSITION

OF

LANNY ERDMAN

Taken at

909 St. Joseph Street

COMPRESSED COPY   Rapid City, South Dakota

June 15, 2012


EXHIBIT 8

Page 2

APPEARANCES

ALEKSAS A. BARAUSKAS, ESQ.
  JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
  403 E. Madison Street
  4th Floor
  Tampa, Florida 33602
  APPEARING TELEPHONICALLY ON BEHALF OF THE PLAINTIFF

ERIC C. PINKARD, ESQ.
  ANDERSON PINKARD
  13577 Feather Sound Drive
  Suite 670
  Clearwater, Florida 33762
  APPEARING TELEPHONICALLY ON BEHALF OF THE DEFENDANTS.

Also Present: Megan Thornes (Videographer)

Page 3

INDEX
WITNESSES
LANNY ERDMAN                                    Page
  Examination by Mr. Barauskas                   5
  Examination by Mr. Pinkard                    --

EXHIBITS
No.  Description                                Page

1    E-mail                                      8

2    Photograph                                 11

Page 4

(Videotaped Deposition of LANNY ERDMAN, taken before me, Cindy K. Pfingston, a Registered Professional Reporter and a Notary Public in and for the County of Pennington, State of South Dakota, at 12:40 p.m. on the 15th day of June, 2012, pursuant to Notice and/or Stipulation, at 909 St. Joseph Street, Suite 500, in the City of Rapid City, County of Pennington, State of South Dakota, counsel appearing on behalf of the respective parties as hereinbefore indicated.)
          * * * * *
    THE VIDEOGRAPHER: We are now on the record in the matter of Big Cat Rescue Corp. versus Big Cat Rescue Entertainment Group, Incorporated.
    Today's date is June 15th of 2012. The time is approximately 12:41 p.m. Mountain Standard Time.
    This is the videotaped deposition of Lanny Erdman being taken at Thompson & Thompson Reporting.
    My name is Megan Thornes. I am the camera operator representing First Choice Reporting & Video Services, Incorporated.
    We are located at 909 St. Joseph Street, Suite 500, in Rapid City, South Dakota 57701.
    The court reporter is Cindy Pfingston with First Choice Reporting.

Page 5

Would Counsel please introduce themselves?
    MR. BARAUSKAS: Aleksas Barauskas for the Plaintiff Big Cat Rescue Corp.
    MR. PINKARD: Eric Pinkard for the Defendants.
    THE VIDEOGRAPHER: Will the court reporter please swear in the witness?
          * * * * *
          LANNY ERDMAN,
a witness being first duly sworn, was examined and testified on her oath as follows:

          EXAMINATION

BY MR. BARAUSKAS:
Q   Please tell us your name.
A   Lanny Erdman.
Q   And do you go by any other names?
A   No, I do not.
Q   What is your address?
A   15122 Antelope Creek Road, Rapid City, South Dakota 57703.
Q   Let's talk about your education. Did you go to college?
A   Yes, I did.
Q   And did you get a degree?

LANNY ERDMAN - 6/15/2012

Page 10

1  told me they are out of OK.
2      "This concerns me because I have followed your
3  rescue for awhile now, and these guys are
4  misrepresenting what you guys are all about. These
5  guys are the reasons why our rescues are so full.
6  They are giving people warped perceptions on these
7  wild cats, that they are fun pets for people to
8  have." Did I read that correctly?
9  A   Yes, and sorry for the misspellings.
10 Q   That's okay. And that is -- is that an accurate
11     description of what you saw at the Central States
12     Fair?
13 A   Yes, it is.
14 Q   Skipping to the last paragraph, it says, "If you are
15     not affiliated with these guys, I would like to help
16     you in any way I can to get these guys shut down.
17     We personally know the man a head of the
18     fairgrounds. Please let me know how I can help."
19     Did I read that correctly?
20 A   Yes.
21 Q   When you first saw this exhibit at the Central
22     States Fair, did you believe that Big Cat Rescue
23     Entertainment was affiliated with Big Cat Rescue?
24 A   Yes, I did.
25         MR. BARAUSKAS: I'd ask the court reporter to

Page 11

1  show the witness what's been marked as Exhibit 2.
2      And for the record, Exhibit 2 is a document
3  that was produced through discovery on a disk
4  bearing Bates No. BCR-000607.
5  Q   (By Mr. Barauskas) At the time that you visited the
6      Central States Fair exhibit, did you see any signage
7      resembling the image depicted on this exhibit?
8  A   Yes, I did.
9  Q   And what, in your perception, does that image
10     depict?
11 A   To me that depicts, when I saw that what I felt was
12     that Big Cat Rescue was exploiting their tiger cubs.
13     And I know that that -- it was just a contradiction
14     to what I had read about them and the research I'd
15     done about them as compared to them sitting there
16     with tiger cubs.
17 Q   So you saw a sign that said "Big Cat Rescue" in
18     larger letters and "Entertainment" in smaller
19     fainter letters?
20 A   To be honest with you, the "Entertainment" was
21     really tough to see. I didn't see that at first. I
22     just caught -- "Big Cat Rescue" caught my eye first
23     before anything.
24 Q   Did you speak to anyone while you were at the
25     Central States Fair exhibit?

Page 12

1  A   Um, at the Big Cat exhibit?
2  Q   At the Big Cat Rescue Entertainment exhibit.
3  A   Yes, I did.
4  Q   And who did you speak to?
5  A   Joe.
6  Q   Do you know his last name?
7  A   I honestly do not know his last name.
8  Q   What did you speak about?
9  A   Well, at first because I didn't realize they weren't
10     Big Cat Rescue I was just visiting with him about
11     the cats and saying I didn't realize that they took
12     their tiger cubs out and that -- asked him, and he
13     said that he was a rescue. And I had told him that
14     I'm also part of a rescue, and so we talked a little
15     bit about that.
16         And then he just proceeded to tell me --
17     because I know Big Cat Rescue, not Big Cat Rescue
18     Entertainment, is a no breed, and he proceeded to
19     tell me how they do natural breeding, and that's
20     when the red flags went up for me because I know
21     that Big Cat Rescue does not do breeding.
22         And then I must have had a look on my face of,
23     a look that made him explain what natural breeding
24     was. And so then he proceeded to tell me what
25     natural breeding was, that they just put cats

Page 13

1  together, and if they breed, they breed. If they
2  don't, they don't and it's okay.
3      And that was pretty much the short of it.
4  Because then I just kind of realized that I wasn't
5  talking to who I thought I was talking to.
6      Then he just told me the prices of how much it
7  would cost to go in. And he had a couple other
8  larger cats there because I asked about them and
9  going in with them, and he said that you can't go in
10 with them because they were too big. And then he
11 pointed out the ones that people could go in and sit
12 with. And then that was kind of the extent of our
13 conversation.
14 Q   How did the cats look?
15 A   Um, that's kind of where my concern was a little
16     bit. There was -- some of them had sores on them,
17     and the one -- there was one that was just laying
18     there that kind of just stretched his neck out. He
19     was like laying by his dish, and he kind of
20     stretched his little neck out to put over the side
21     of the dish so that he could get a drink. He was
22     still just laying on his side. He didn't proceed to
23     try to get up or anything. He just stretched his
24     neck out over the dish to get a drink. They looked
25     lethargic.

Page 14

1  Q   Did you feel deceived by this Big Cat Rescue
2      Entertainment exhibit?
3  A   Very much so.
4  Q   Why?
5  A   Well, because I have a passion for, you know,
6      helping these animals, and I have a huge respect for
7      Big Cat Rescue and what they do, and I just felt
8      that it was a contradiction to what they said they
9      were doing because at that time I had thought it was
10     the Big Cat Rescue and not Big Cat Rescue
11     Entertainment.
12 Q   Do you believe that Big Cat Rescue and Big Cat
13     Rescue Entertainment are affiliated today?
14 A   Not at all.
15 Q   And how did you determine that they are not
16     affiliated?
17 A   After I had left the Central States Fair, I went
18     back to my business and at that time got on the
19     Internet and looked up Big Cat Rescue's website and
20     got a phone number. And then at that time I called
21     and visited with somebody that was actually in the
22     gift shop and just had asked them if they take any
23     of their big cats off site for venues and they said
24     "No". And I said, "Well, I have a concern," and
25     then I explained the Central States Fair venue that

Page 15

1      I saw and that it was Big Cat Rescue Entertainment.
2      And then the girl at the gift shop told me to e-mail
3      Carol Baskin, and she gave me the e-mail address,
4      and then that's how I proceeded from there.
5  Q   Do you support Big Cat Rescue today?
6  A   Yes. I mean, not financially, but, I mean, I
7      support everything that they do.
8  Q   Do you support Big Cat Rescue on Facebook?
9  A   Yes, I do.
10 Q   Would your support for Big Cat Rescue have changed
11     if you had not learned about the distinction between
12     Big Cat Rescue and Big Cat Rescue Entertainment?
13 A   Yes, it would have.
14         MR. PINKARD: Form.
15         Go ahead.
16 Q   (By Mr. Barauskas) If you could just answer that
17     question again for a clear record.
18 A   Yes, I would have.
19         MR. BARAUSKAS: I have no further questions at
20     this time.
21         MR. PINKARD: I have no questions.
22         MR. BARAUSKAS: Ms. Erdman, you have the right
23     to either read your deposition or waive reading the
24     deposition. Do you need an explanation of what
25     those mean?

Page 16

1          THE WITNESS: Yes, please.
2          MR. BARAUSKAS: You're allowed to read your
3      deposition to determine if the court reporter has
4      accurately taken your testimony down, or you can
5      waive that right and basically take the court
6      reporter's word for how she has taken down your
7      testimony.
8          THE DEPONENT: I will waive that right. She's
9      done a fine job.
10         THE COURT REPORTER: Now I need to get the
11     orders on the record.
12         Mr. Barauskas, would you like to order the
13     transcript?
14         MR. BARAUSKAS: I would.
15         THE COURT REPORTER: Would a condensed be fine?
16         MR. BARAUSKAS: A condensed would be fine, and
17     we'd also like the video.
18         THE COURT REPORTER: And a copy of the
19     exhibits?
20         MR. BARAUSKAS: Sure.
21         THE COURT REPORTER: And then, Mr. Pinkard,
22     would you like to order a copy?
23         MR. PINKARD: Yeah, I'll take the transcript.
24         THE COURT REPORTER: Is a condensed fine?
25         (No response.)

Page 17

1          THE COURT REPORTER: Okay, thank you.
2          THE VIDEOGRAPHER: Do you need a video?
3          MR. PINKARD: Pardon me?
4          THE VIDEOGRAPHER: Do you need a copy of the
5      video?
6          MR. PINKARD: I don't need a copy of the video.
7          THE VIDEOGRAPHER: Okay. I'm just going to do
8      a quick read-off before we're officially off the
9      record.
10         This is the end of Tape 1, Volume I, in the
11     videotaped deposition of Lanny Erdman. The time is
12     approximately 12:58 p.m., and we are off the record.
13                    * * * * *
14     (Signature waived.)
15     (The videotaped deposition concluded at 1:04
16     p.m., June 15, 2012.)