JENNIFER LARKIN - 6/21/2012

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

BIG CAT RESCUE CORP.,            )
a Florida not for profit         )
corporation,                     )
                                 )
            Plaintiff,           )
                                 )
vs.                              )  CASE NO.
                                 )  8:11-cv-00209-MSS-MAP
BIG CAT RESCUE                   )
ENTERTAINMENT GROUP,             )
INC., et al.,                    )
                                 )
            Defendants.          )
_____)

VIDEOTAPED DEPOSITION OF JENNIFER LARKIN

Los Angeles, California

Thursday, June 21, 2012

Reported By:
Damon M. LeBlanc,
CSR No. 11958



First Choice Reporting & Video Services
www.firstchoicereporting.com          Worldwide Scheduling          800.939.0093

Electronically signed by Damon LeBlanc (601-166-948-9953)          1d6e59a8-c681-448a-815f-6be1ec7c1464

```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE MIDDLE DISTRICT OF FLORIDA
 3                         TAMPA DIVISION
 4
 5   BIG CAT RESCUE CORP.,      )
     a Florida not for profit   )
 6   corporation,               )
                                )
 7              Plaintiff,      )
                                )
 8   vs.                        ) CASE NO.
                                ) 8:11-cv-00209-MSS-MAP
 9   BIG CAT RESCUE             )
     ENTERTAINMENT GROUP,       )
10   INC., et al.,              )
                                )
11              Defendants.     )
     _____)
12
13
14         Videotaped deposition of JENNIFER LARKIN,
15   taken on behalf of the Plaintiff, at 10940 Wilshire
16   Boulevard, Suite 600, Los Angeles, California,
17   beginning at 12:30 p.m. and ending at 12:53 p.m.,
18   Thursday, June 21, 2012, before Damon M. LeBlanc,
19   Certified Shorthand Reporter, Number 11958.
20
21
22
23
24
25
```

1   TELEPHONIC APPEARANCES OF COUNSEL:

2

3   For the Plaintiff:

4           JOHNSON, POPE, BOKOR,
            RUPPEL & BURNS, LLP
5           BY: ALEKSAS A. BARAUSKAS, ESQ.
            403 East Madison Street
6           4th Floor
            Tampa, Florida 33602
7           Telephone: 813-225-2500
            Facsimile: 813-223-7118
8           E-Mail: aleksasb@jpfirm.com

9   For the Defendants:

10          ANDERSON PINKARD
            BY: ERIC C. PINKARD, ESQ.
11          13577 Feather Sound Drive
            Suite 670
12          Clearwater, Florida 33762
            Telephone: 727-329-1999
13          Facsimile: 727-329-1499

14  Also Present:

15          Michael Moghaddam, Videographer

16

17

18

19

20

21

22

23

24

25

JENNIFER LARKIN - 6/21/2012

Page 4

I N D E X

THE WITNESS:                          EXAMINATION

JENNIFER LARKIN

                              Page

         BY MR. BARAUSKAS:        6, 22

         BY MR. PINKARD:          17

E X H I B I T S

| Exhibit | Description | Page Introduced | Page Marked |
|---|---|---|---|
| Exhibit 1 | Care2 article entitled, "Stop Traveling Exhibit From Exploiting Baby Animals (Video)" | 11 | 23 |

www.firstchoicereporting.com

First Choice Reporting & Video Services
Worldwide Scheduling

800.939.0093

Electronically signed by Damon LeBlanc (601-166-948-9953)

1d6e59a8-c681-448a-815f-6be1ec7c1464

JENNIFER LARKIN - 6/21/2012

Page 5

|       |    |                                                                 |
|-------|----|-----------------------------------------------------------------|
|       | 1  | Los Angeles, California, Thursday, June 21, 2012                |
|       | 2  | 12:30 p.m. - 12:53 p.m.                                         |
|       | 3  |                                                                 |
|       | 4  | -o0o-                                                           |
|       | 5  |                                                                 |
| 12:30 | 6  | THE VIDEOGRAPHER: Here begins the                               |
| 12:30 | 7  | videotaped deposition of Jennifer Larkin, Disk 1,               |
| 12:30 | 8  | Volume 1, in the matter of Big Cat Rescue Corp.                 |
| 12:30 | 9  | versus Big Cat Entertainment Incorporated, et al.               |
| 12:30 | 10 | Today's date is June 21, 2012. And the time on the              |
| 12:31 | 11 | video monitor it 12:30 p.m.                                     |
| 12:31 | 12 | The video operator is Michael Moghaddam                         |
| 12:31 | 13 | representing Hahn & Bowersock Court Reporters. The              |
| 12:31 | 14 | court reporter today is Damon LeBlanc, reporting on             |
| 12:31 | 15 | behalf of Hahn & Bowersock Court Reporters.                     |
| 12:31 | 16 | Today's deposition is being taken on behalf                     |
| 12:31 | 17 | of the plaintiff and is taking place at                         |
| 12:31 | 18 | 10940 Wilshire Boulevard, Suite 600, Los Angeles,               |
| 12:31 | 19 | California.                                                     |
| 12:31 | 20 | Counsel, please introduce yourselves and                        |
| 12:31 | 21 | state whom you represent.                                       |
| 12:31 | 22 | MR. BARAUSKAS: Aleksas Barauskas for the                        |
| 12:31 | 23 | plaintiff, Big Cat Rescue.                                      |
| 12:31 | 24 | MR. PINKARD: Eric Pinkard on behalf of the                      |
| 12:31 | 25 | defendants.                                                     |

JENNIFER LARKIN - 6/21/2012

Page 9

| | | |
|---|---|---|
| 12:34 | 1 | Q    And did you believe this to refer to |
| 12:34 | 2 | the Big Cat Rescue located in Florida? |
| 12:34 | 3 | A    The -- my first exposure, yes.  When |
| 12:34 | 4 | I donated -- e-mailed and was first exposed to |
| 12:34 | 5 | Big Cat Rescue, yes, I trusted, I believed.  I |
| 12:35 | 6 | thought this is amazing what they're doing.  It |
| 12:35 | 7 | must be so much work, yeah. |
| 12:35 | 8 | Q    And as a result of reading this |
| 12:35 | 9 | Care2 article, did you donate to Big Cat Rescue? |
| 12:35 | 10 | A    Yeah.  Something small. |
| 12:35 | 11 | Q    At the time you read this Care2 |
| 12:35 | 12 | article, what did you understand Big Cat Rescue's |
| 12:35 | 13 | mission to be? |
| 12:35 | 14 | A    To protect and save big cats that |
| 12:35 | 15 | shouldn't really be in the U.S. or be pets, to sort |
| 12:35 | 16 | of help create sustainability, help big cats |
| 12:35 | 17 | survive and thrive in our world and stuff, which I |
| 12:35 | 18 | care about that kind of stuff.  I donate to a lot |
| 12:35 | 19 | of environmental and -- but usually bigger names, |
| 12:35 | 20 | you know.  But environmental and animal causes I |
| 12:35 | 21 | try to give money here and there whenever I can. |
| 12:35 | 22 | Q    Have you ever heard of |
| 12:36 | 23 | Big Cat Rescue Entertainment Group? |
| 12:36 | 24 | A    Yes.  Now I'm very clear because |
| 12:36 | 25 | we're at this meeting.  I've heard of them.  But |

| | | |
|---|---|---|
| 12:36 | 1 | when I was first -- when I first read about them I |
| 12:36 | 2 | thought they were connected with Big Cat Rescue. |
| 12:36 | 3 | Q    When did you learn about |
| 12:36 | 4 | Big Cat Rescue Entertainment Group? |
| 12:36 | 5 | A    Well, I read this article in Care2 |
| 12:36 | 6 | months after I had originally been exposed to |
| 12:36 | 7 | Big Cat Rescue, and I got confused. I felt like I |
| 12:36 | 8 | had been -- I was, like, oh, no -- because, you |
| 12:36 | 9 | know, Big Cat Rescue is -- the first one we were |
| 12:36 | 10 | talking about, the small one in Tampa, is a |
| 12:36 | 11 | small -- it's small. It's not a big name, you |
| 12:36 | 12 | know, nonprofit. |
| 12:36 | 13 | So when I donated, you know, I had to trust |
| 12:36 | 14 | the resource where it was coming from. So when I |
| 12:36 | 15 | read -- months later when I read this article, |
| 12:36 | 16 | Big Cat Rescue or whatever I was confused. I was |
| 12:37 | 17 | like, oh, no. Did I get scammed? Is this the same |
| 12:37 | 18 | company? Are they having two different faces? Are |
| 12:37 | 19 | they trying to say they're this and that. |
| 12:37 | 20 | And so then I went on line to sort of |
| 12:37 | 21 | search and see if I could find anything that |
| 12:37 | 22 | explained that these were not subsidiaries of each |
| 12:37 | 23 | other or not connected to each other, but they were |
| 12:37 | 24 | actually were totally different. And I couldn't |
| 12:37 | 25 | find anything, and so I was confused. And that's |

JENNIFER LARKIN - 6/21/2012

Page 11

| Time | Line | Text |
|---|---|---|
| 12:37 | 1 | when I e-mailed Big Cat. |
| 12:37 | 2 | I wasn't totally trusting them anymore, |
| 12:37 | 3 | Big Cat Rescue. But I e-mailed Carol. I think |
| 12:37 | 4 | that's her name. I e-mailed her to say, "Have you |
| 12:37 | 5 | seen this article? You should contact Care2 and |
| 12:37 | 6 | ask them to make a note that you're not the same |
| 12:37 | 7 | organization." And she may have done that. I |
| 12:37 | 8 | mean, I don't know if it's the same -- I don't know |
| 12:37 | 9 | if they've updated it or not. |
| 12:37 | 10 | MR. BARAUSKAS: At this time I ask the |
| 12:37 | 11 | court reporter to show the witness what has been |
| 12:38 | 12 | marked as Exhibit 1, and it bears document control |
| 12:38 | 13 | Number BCR-000448 though -449. |
| 12:38 | 14 | THE REPORTER: The document is in front of |
| 12:38 | 15 | the witness. |
| 12:38 | 16 | BY MR. BARAUSKAS: |
| 12:38 | 17 | Q    Ms. Larkin, have you seen this |
| 12:38 | 18 | document before? |
| 12:38 | 19 | A    Yeah. This is the one -- this is |
| 12:38 | 20 | the article that I sent to Carol saying, "This |
| 12:38 | 21 | confuses me. This article, are you doing this?" |
| 12:38 | 22 | Yeah. |
| 12:38 | 23 | Q    So let's go through this e-mail. Is |
| 12:38 | 24 | your e-mail address jenlarkin@yahoo.com? |
| 12:38 | 25 | A    Yes, correct. |

JENNIFER LARKIN - 6/21/2012

Page 13

```
12:39  1   I've worked at -- you know, every company I've
12:39  2   worked at has a parent company.  I currently work
12:39  3   for a large global nonprofit that actually has
12:39  4   two -- they have Tech Soup Global, and then they
12:39  5   have Tech Soup.Org.  And they have these slight
12:39  6   differences in their name.  But they're
12:40  7   subsidiaries of each other.  And they're
12:40  8   associated, and sometimes they're not.  But
12:40  9   I -- I'm very aware of things having close names or
12:40 10   being different because I design logos and stuff.
12:40 11           So I went and -- that's why I went and
12:40 12   searched, because I just saw Big Cat Rescue.  And
12:40 13   Big Cat Rescue Entertainment can certainly be a
12:40 14   part of Big Cat Rescue, so I went and tried to
12:40 15   research it.  And I just got more confused.
12:40 16        Q    Looking at the first page of this
12:40 17   document, under the picture it says, "Alliance for
12:40 18   Animals sent out an alert that Big Cat Rescue
12:40 19   Entertainment Group is once again on tour traveling
12:40 20   to malls with their exhibit of very young exotic
12:40 21   animals: some as young as two-weeks-old."  Do you
12:40 22   see where I'm reading that?
12:40 23        A    Yes, I see it.
12:40 24        Q    Is this what you understood
12:40 25   Big Cat Rescue to be about?
```

JENNIFER LARKIN - 6/21/2012

Page 14

| | | |
|---|---|---|
| 12:40 | 1 | A    Yes.  I mean, I -- there was no way |
| 12:41 | 2 | for me to know for sure because they're not down |
| 12:41 | 3 | the street, and I couldn't go verify anything.  But |
| 12:41 | 4 | to me, I was, like, oh, so now they're doing this |
| 12:41 | 5 | again?  I didn't -- I just didn't know.  I was |
| 12:41 | 6 | confused, and I became very mistrustful. |
| 12:41 | 7 | Q    Why were you miss -- or distrustful? |
| 12:41 | 8 | A    Because they are two different |
| 12:41 | 9 | things.  I was under the impression that |
| 12:41 | 10 | Big Cat Rescue actually rescued cats and protected |
| 12:41 | 11 | them from exploitation.  And then to see this, to |
| 12:41 | 12 | think these have the same name and this is just |
| 12:41 | 13 | their entertainment part and it's exploitive, I |
| 12:41 | 14 | thought, well -- I became -- you know, I just |
| 12:41 | 15 | felt, like, tricked.  I felt like I had been |
| 12:41 | 16 | tricked. |
| 12:41 | 17 | Q    So you would not have supported an |
| 12:41 | 18 | entity that had traveling exhibits of tiger cubs at |
| 12:41 | 19 | malls? |
| 12:41 | 20 | A    No.  Yeah.  That's a big part of |
| 12:42 | 21 | what Big Cat Rescue is about, not -- you know, |
| 12:42 | 22 | respecting that they're wild and not treating them |
| 12:42 | 23 | like pets. |
| 12:42 | 24 | Q    Turning to the second page it says, |
| 12:42 | 25 | "Alliance for Animals calls Big Cat Rescue one of |

JENNIFER LARKIN - 6/21/2012

Page 15

| | | |
|---|---|---|
| 12:42 | 1 | the most notorious breeders of baby lions and |
| 12:42 | 2 | tigers.  This business makes a profit by breeding |
| 12:42 | 3 | tiger cubs, taking them from their mothers shortly |
| 12:42 | 4 | after birth, and abusing them by carting them |
| 12:42 | 5 | around from mall and mall charging people to pet |
| 12:42 | 6 | them and be photographed with the young cubs."  Do |
| 12:42 | 7 | you see where I read that? |
| 12:42 | 8 |     A    Yeah.  And look.  It doesn't even |
| 12:42 | 9 | say -- it just says "Big Cat Rescue," because I |
| 12:42 | 10 | don't think the person who wrote this article was |
| 12:42 | 11 | clear on the difference either, obviously. |
| 12:42 | 12 |     Q    So at the time you believed |
| 12:42 | 13 | Big Cat Rescue and Big Cat Rescue Entertainment may |
| 12:42 | 14 | have been affiliated? |
| 12:42 | 15 |     A    I thought they were the same.  Just |
| 12:42 | 16 | different, you know, factions of the same |
| 12:42 | 17 | organization. |
| 12:43 | 18 |     Q    You also testified that you did your |
| 12:43 | 19 | own independent internet research.  What did that |
| 12:43 | 20 | reveal? |
| 12:43 | 21 |     A    Well, I think there is more out |
| 12:43 | 22 | there now because I think Carol maybe put stuff out |
| 12:43 | 23 | there.  But at the time I could usually find an |
| 12:43 | 24 | article on anything.  I research all kinds of |
| 12:43 | 25 | stuff, and I couldn't find any independent source |

Electronically signed by Damon LeBlanc (601-166-948-9953)                   1d6e59a8-c681-448a-815f-6be1ec7c1464