Niklaus Zomberg - 6/22/2012

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


BIG CAT RESCUE CORP.,
a Florida not for profit corporation,

        Plaintiff,

vs.                 File No:  8:12-cv-00209-MSS-MAP

BIG CAT RESCUE ENTERTAINMENT
GROUP, INC., et al.,

        Defendants.

_____/


      The video deposition of NIKLAUS ZOMBERG taken

before Julie A. Fox, CSR-4566, Certified Shorthand

Reporter and Notary Public, at Moretti Group, 4920

Broadmoor, S.E., Grand Rapids, Michigan, on the 22nd day

of June, 2012, commencing at or about 12:45 p.m. pursuant

to notice.



4246af47-013a-42e5-9063-f2e677e27e66

Niklaus Zomberg - 6/22/2012

Page 2

```
 1                     APPEARANCES

 2


 3   On Behalf of the Plaintiff:

 4        MR. ALEKSAS A. BARAUSKAS  (via teleconference)
          JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
 5        403 East Madison Street, 4th Floor
          Tampa, Florida 33602
 6


 7   On Behalf of the Defendant:

 8        MR. ERIC C. PINKARD  (via teleconference)
          ANDERSON PINKARD
 9        13577 Feather Sound Drive
          Suite 670
10        Clearwater, Florida 33762

11
     Videographer:  Marc Myers
12


13


14


15


16                       INDEX

17   Examination by Mr. Barauskas         Page 4
     Examination by Mr. Pinkard           Page 16
18   Further Examination by Mr. Barauskas Page 23

19


20


21   EXHIBITS                             MARKED

22   1 - 12-17-10 e-mail                     3
     2 - Big Cat Rescue Entertainment flyer  3
23


24


25
```

4246af47-013a-42e5-9063-f2e677e27e66

Niklaus Zomberg - 6/22/2012

Page 3

```
 1              P R O C E E D I N G S

 2

 3         (Exhibits 1 and 2 marked)

 4

 5         MR. MYERS:  We are now on the record in the

 6  matter of Big Cat Rescue Corp. versus Big Cat Rescue

 7  Entertainment Group.  Today's date is June 22nd, 2012.

 8  The time is now 12:45.03 p.m.  This is -- this is the

 9  videotaped deposition of Nik Zomberg being taken at 4920

10  Broadmoor, S.E., Grand Rapids, Michigan.

11         My name is Marc Myers.  I am the camera

12  operator representing First Choice Reporting & Video

13  Services.  The court reporter is Julie Fox with -- with

14  the Moretti Group.

15         And will counsel please introduce themselves

16  and will the court reporter please swear in the witness?

17         MR. BARAUSKAS:  This is Aleksas Barauskas from

18  the Johnson Pope firm in Tampa, Florida representing the

19  plaintiff, Big Cat Rescue Corp.

20         MR. PINKARD:  My name is Eric Pinkard.  I'm

21  from Anderson Pinkard and I represent the defendants in

22  this action.

23

24

25
```

Niklaus Zomberg - 6/22/2012

Page 4

```
 1                        NIKLAUS ZOMBERG,
 2         having been first duly sworn, was examined and testified
 3         as follows:
 4
 5                           EXAMINATION
 6     BY MR. BARAUSKAS:
 7     Q  Good afternoon, Mr. Zomberg.
 8     A  How we doing?
 9     Q  Good.  You and the court reporter started to go over some
10        of the ground rules.  If you could, just answer questions
11        audibly.  If the answer is yes, say yes.  If the answer
12        is no, say no.  Because Mr. Pinkard and I are in Florida,
13        we can't see if you're nodding your head or -- or if
14        you're indicating uh-uh or uh-huh.
15     A  Right.
16     Q  If you don't understand a question that I ask, please
17        just let me know and I'll rephrase it.  If you hear some
18        objections from Mr. Pinkard, those are just for the
19        record and you can go ahead and answer the question to
20        the best of your ability.
21     A  Okay.
22     Q  Does that all make sense?
23     A  Yes.
24     Q  Please tell us your full name.
25     A  Niklaus Scott Zomberg.
```

4246af47-013a-42e5-9063-f2e677e27e66

Niklaus Zomberg - 6/22/2012

Page 7

1    A   Also in Grand Rapids, Michigan.

2    Q   And you said around Christmastime.  Would that have been

3        in 2010?

4    A   Yes, two years ago, yep.

5    Q   What did you see at the Centerpointe Mall?

6    A   There was a tiger cub exhibit.  I think maybe three or

7        four cages set up with people interacting with tiger

8        cubs.

9    Q   What was your initial reaction when you saw this display

10       at the Centerpointe Mall?

11   A   It got my attention, obviously, so I was with my mother

12       at the time and we walked over.  And I saw Big Cat and,

13       you know, the cool exhibit and it's not every day that

14       you see tiger cubs, so we went and kind of explored and

15       checked it out further.

16   Q   Did you think that this exhibit was affiliated with Big

17       Cat Rescue in Tampa, Florida?

18   A   Yes.

19   Q   Why did you think that?

20   A   The flyer that I sent you was actually posted on the

21       guardrails around the exhibit that said, "Big Cat

22       Rescue."  The logo to me would be the same logo that we

23       see that we get in the newspaper that Big Cat Rescue

24       sends us monthly.

25              MR. BARAUSKAS:  And I've asked the court

4246af47-013a-42e5-9063-f2e677e27e66

Niklaus Zomberg - 6/22/2012

Page 8

```
 1     reporter to show the witness what's been previously
 2     marked as Exhibit 2.
 3   Q Mr. Zomberg, is this the flyer that you just mentioned?
 4   A Yes, sir.
 5   Q And this was displayed at the Big Cat Rescue
 6     Entertainment display at Centerpointe Mall?
 7   A Yes.  This is actually where I collected it from.  It was
 8     laying there.  The second page had donation forms that
 9     you could fill out and then there was also flyers on the
10     guardrails that said, "Big Cat Rescue Entertainment," and
11     then slightly below it, "Entertainment."
12   Q And did those displays have a logo that appeared like the
13     logo that appears on the first page of this exhibit?
14   A Yes.
15   Q And why did you believe that the entity represented in
16     this flyer was affiliated with Big Cat Rescue in Tampa?
17   A Mainly the tiger eyes that you see on the very top and
18     the Big Cat Rescue font that is shown.  We saw that a lot
19     in the actual Big Cat Rescue in Tampa, Florida.  The
20     T-shirts that were worn, the magnets, all those things
21     had the same similar logo setup.  So without looking real
22     closely to see the entertainment, I assumed they were
23     closely related, if not the same group.
24   Q And so you testified that initially you thought that the
25     two entities were affiliated.  Did your opinion change?
```

4246af47-013a-42e5-9063-f2e677e27e66

Niklaus Zomberg - 6/22/2012

Page 9

1   A   I actually contacted the Big Cat Rescue itself.   I had
2       e-mailed them and spoke to Howard Baskin and that was
3       when I was told that they were not at all affiliated.
4   Q   Before e-mailing Mr. Baskin -- e-mailing or speaking to
5       Mr. Baskin, did you believe that both entities were
6       related?
7   A   Yes.
8                   MR. BARAUSKAS:   I'd ask the court reporter to
9       show the witness what's been previously marked as Exhibit
10      1, and that document bears a document control number of
11      BCR-000440.
12  Q   Mr. Zomberg, have you seen this document before?
13  A   Yep, this is the e-mail, that I was referring to about
14      talking to Mr. Baskin, itself.
15  Q   Okay.  So let's go through this document.  Is your e-mail
16      address nikzombo71@hotmail.com?
17  A   Yes, sir.
18  Q   And did you send this e-mail on or about December 17th,
19      2010?
20  A   Yes.
21  Q   Was this on or about when you visited Centerpointe Mall
22      and saw the Big Cat Rescue Entertainment display?
23  A   I would say it was within a few days, yep.
24  Q   And the subject of this e-mail is entertainment followed
25      by a question mark?

4246af47-013a-42e5-9063-f2e677e27e66

Niklaus Zomberg - 6/22/2012

Page 10

1   A   Yes.

2   Q   Okay.  Let's go through the text -- text of this e-mail.

3   A   Okay.

4   Q   The first line says, "My name is Nik and I just had a

5       question for you guys.  I was recently at a mall in Grand

6       Rapids, Michigan and saw a sign that read Big Cat Rescue

7       Entertainment and had the same logo as you."  Did I read

8       that correctly?

9   A   Yes, sir.

10  Q   And -- and You had seen Big Cat Rescue's logo when you

11      visited the park.  Is that correct?

12  A   Yep.  And then we also signed up for their informational

13      newsletter, so we receive their newspaper throughout the

14      month.  It carries the same logo that was shown on the

15      flyer that Big Cat Rescue Entertainment had, as well as

16      the flyers they had posted on the railings and such, so

17      I've seen --

18  Q   Go down to the next line.  It says, "Being to the Big Cat

19      Rescue in Florida, this seems odd to me because you guys

20      don't seem to be concerned with entertainment.  These

21      so-called entertainers had baby tigers in which they were

22      allowing people to go into their cage and play with for a

23      price.  I was just wondering if they were, in fact,

24      related to you.  I appreciate all the work you guys do

25      and fully support the Big Cat Rescue and was just

4246af47-013a-42e5-9063-f2e677e27e66

Niklaus Zomberg - 6/22/2012

Page 11

1    checking to make sure this was not a scam."

2            Did I read that correctly?

3    A   Yep.

4    Q   Did you think that this Big Cat Rescue Entertainment

5        display was a scam?

6    A   After contacting Howard and slightly doing a little

7        research, yes, I did.

8    Q   What kind of research did you do?

9    A   Simply typing in Big Cat Rescue Entertainment to collect

10       a little more information about them and just reading

11       about different articles and how there's been issues with

12       them slightly making their logo to the Big Cat Rescue to

13       kind of confuse people.

14   Q   At the time when you visited the Centerpointe Mall

15       display, were you confused regarding Big Cat Rescue and

16       Big Cat Rescue Entertainment's affiliation?

17   A   Yes.

18   Q   Did you do anything else other than e-mailing Big Cat

19       Rescue in Florida and your own independent research?

20   A   I actually called several news stations after contacting

21       Howard -- this was a couple days later, after collecting

22       a little information from Howard -- to try to get the

23       cubs taken out of the mall, but unfortunately, no -- none

24       of my effort was received very well.

25   Q   Was that your idea?

4246af47-013a-42e5-9063-f2e677e27e66

Niklaus Zomberg - 6/22/2012

Page 12

1   A   Yes.

2   Q   And why did you think to do that?

3   A   After taking a tour at the Big Cat Rescue, it seemed odd

4       to me to begin with that there would be this many tiger

5       cub considering they only rescue.  I thought it was

6       extremely odd to have that many tiger cubs doing -- when

7       you're only doing rescue work.  And then after reading, I

8       saw the work that Big Cat Rescue has done and I felt that

9       the negative feedback and the work that these people are

10      doing was just completely horrible compared to what the

11      Big Cat Rescue's mission is.

12  Q   Turning back to Exhibit 2, on the first page it says,

13      "Big Cat Rescue Entertainment is a nonprofit educational

14      show teaching the facts about the world's tiger

15      population, the dangers of owning them as pets, and the

16      ways you help those that are unwanted or abused."  Did I

17      read that correctly?

18  A   Yep.

19  Q   Based on your observation of the Big Cat Rescue

20      Entertainment display, was that display consistent with

21      this mission stated on -- on Exhibit 2?

22  A   Not really.  I didn't see much teaching being done.  I

23      was only there for maybe 5 to 10 minutes, I would say,

24      maybe 20 at the most, just kind of watching to see.

25      There wasn't -- when you're petting tigers, I don't think

4246af47-013a-42e5-9063-f2e677e27e66

Page 13

```
 1      you're really getting the whole dangers of owning them as

 2      pets.  I think you're kind of showing the opposite in

 3      that, hey, these are cuddly, cute cubs that anyone can

 4      have.

 5   Q  Speaking today, do you think Big Cat Rescue and Big Cat

 6      Rescue Entertainment are affiliated?

 7   A  Now, no.

 8   Q  And what changed your mind?

 9   A  After talking to Howard the first time and being in

10      contact with them, he's contacted me numerous times

11      throughout the two years that I've been involved with

12      this, and seeing the tiger exhibit the second time at the

13      mall, the following year, I collected enough information

14      to know that they are not at all related.

15   Q  You testified just now that you visited the Centerpointe

16      Mall a second time.  Was that in 2011?

17   A  That was, yes, just last Christmas, or around

18      Christmastime of last year.  What specific time, I don't

19      recall.

20   Q  When you visited that -- that mall, was Big Cat Rescue

21      Entertainment still using the same logo?

22   A  Yes.

23   Q  And had their display changed in any way?

24   A  Not really.  This time I only basically walked by to see

25      if they were still there.  Once I heard that they were
```

4246af47-013a-42e5-9063-f2e677e27e66

Niklaus Zomberg - 6/22/2012

Page 14

1        there, I was kind of upset that they were back, so I just

2        basically quickly walked through the mall to see that

3        they were still there, saw them, and walked away.  The

4        logo, as far as I could see, looked the same and the

5        exhibits looked the same as well.

6    Q   Did you contact any -- any news companies or reporters

7        after that display?

8    A   There was actually an adoption clinic going on with stray

9        cats that was there.  I talked to the group leader of

10       that and we organized a protest and they were actually

11       kicked out of the mall two days later.

12   Q   Was that protest that you organized, was that your idea?

13   A   Yep.  I actually was partnered with the leader of the

14       adoption clinic and she basically organized the protest.

15       I was in contact with the representative of the Big Cat

16       Rescue, kind of cueing her in on what was going on and

17       what kind of things we could do to stop the exhibits from

18       happening.

19   Q   But the -- organizing the protest was an idea of -- of

20       yours and the -- the stray cat exhibit?

21   A   Yes.  Her name was Sarah.  I don't recall her last name.

22       There was an article in the news about her a day later.

23       Like I said, I don't recall her last name.

24   Q   Do you support Big Cat Rescue today?

25   A   Yes.

Niklaus Zomberg - 6/22/2012

Page 15

```
 1   Q  Without your inquiry to Big Cat Rescue, would you still
 2      be confused regarding the affiliation with -- between Big
 3      Cat Rescue and Big Cat Rescue Entertainment?
 4   A  Had I not done research or visited Big Cat Rescue prior,
 5      I would, by all means, be confused still.
 6   Q  If Big Cat Rescue and Big Cat Rescue (sic) were, in fact,
 7      related, would you support Big Cat Rescue?
 8   A  Can you repeat the question, please?
 9   Q  If Big Cat Rescue in Florida and Big Cat Rescue
10      Entertainment were, in fact, related, would you still
11      support Big Cat Rescue?
12   A  Most likely, no.
13   Q  And why not?
14   A  From what I had read and kind of what I had seen, the way
15      the tigers and the cubs and all -- actually, all cats
16      were handled in Tampa Bay, Florida and the way they were
17      handled in the mall exhibits that I had seen were
18      completely different.  And I don't support the way they
19      were handled in the mall exhibits, the way they're
20      packaged, and I actually saw the semi that they're
21      transported in, and I don't support any of that.
22              MR. BARAUSKAS:  I have no further questions.
23
24
25
```

4246af47-013a-42e5-9063-f2e677e27e66

Niklaus Zomberg - 6/22/2012

Page 18

1      how it was something that they were considering bringing

2      a lawsuit to at some point.

3   Q  Well, did he say anything else of -- negative things

4      concerning Big Cat Rescue Entertainment?

5   A  Just that they weren't affiliated.

6   Q  But he did put you in touch with some Internet sources

7      where you could research Big Cat Rescue Entertainment?

8   A  Yes.

9   Q  Do you know of a site called 911 Animal Abuse?

10  A  I do recall visiting it at some point, yep.

11  Q  Do you know where the information on 911 Animal Abuse

12     concerning Big Cat Rescue Entertainment came from?

13  A  No.

14  Q  Have you ever been to the G.W. Park that's associated

15     with Big Cat Rescue Entertainment?

16  A  No.

17  Q  What was some of the information that you obtained on

18     your Internet search concerning Big Cat Rescue

19     Entertainment?

20  A  Just that the -- the cubs or tigers, whatever you want to

21     call them, were not handled well.  They were stored in

22     small containers and just thrown on a semi, which I did

23     see at the mall.  They weren't treated particularly well

24     and sometimes weren't fed very well.

25  Q  All right.  Did you make any observation yourself as to

4246af47-013a-42e5-9063-f2e677e27e66

Niklaus Zomberg - 6/22/2012

Page 19

```
 1       whether they were fed well when you were at the mall on

 2       either of the two occasions?

 3   A   One of them looked somewhat sick, but that's really all I

 4       could see as far as the cub's nourishment.

 5   Q   Did you look inside the -- the semi-trailer that was

 6       transporting the cubs?

 7   A   Nope, just drove past it.

 8   Q   And what was the size of the cages that the cubs were in

 9       while they were inside the mall?

10   A   I don't recall how -- I don't know how big to describe

11       it.  Maybe -- it was enough to fit two or three people in

12       it as well.  As far as like a foot by a foot radius, I

13       couldn't tell you.  They were fairly big for the exhibits

14       that were in the mall, though, I can say that.

15   Q   Do you recall reading anything on the Internet with the

16       cubs that were part of these exhibits could end up being

17       killed and their parts sold to feed the trade and tiger

18       parts?

19   A   I don't recall that.  I recall reading that they could

20       have been killed once they were past the requirements for

21       them to be able to be interacted with the public.

22   Q   Do you have any information that any of the cubs used in

23       any of these -- these displays have ever been killed in

24       such a manner?

25   A   Nope.
```

4246af47-013a-42e5-9063-f2e677e27e66

Page 24

1   A   G.W. Exotics was on both sides of the semi.

2   Q   You heard Mr. Pinkard ask you some questions about the

3       protest and your interaction with Big Cat Rescue.  At the

4       time you spoke to Big Cat Rescue in 2011, had you already

5       decided that you would protest?

6   A   If they had come back, my decision was pretty clear that

7       I was going to do all that I could to stop them after

8       seeing them in 2010, yes.

9   Q   So in 2011, when you were discussing with Sarah, the

10      stray cat person, you had already decided that you were

11      going to protest.  Correct?

12  A   Not protest.  I didn't know if it would be taken that

13      far, but I was fully ready to get any news stations

14      involved to cover the story to make people aware of the

15      situation.

16  Q   So your -- your decision to protest was mostly influenced

17      by Sarah.  Correct?

18  A   Yes, and the fact that she was confident that we can get

19      enough people to make an impact with the public protest,

20      yes.

21  Q   So what impact did Big Cat Rescue have on the protest?

22  A   It was something that she suggested we did -- again, I

23      think her name was Kim -- but we had kind of already

24      organized it.  She was just kind of guiding me, because I

25      asked her what I could do to make the situation become

4246af47-013a-42e5-9063-f2e677e27e66

Niklaus Zomberg - 6/22/2012

```
                                              Page 25

 1    clear to the public.  So she was just giving me ideas

 2    about talking to the mall, speaking with stores.  And

 3    then as we said something about setting up a protest, she

 4    encouraged it, but she didn't suggest it herself.

 5              MR. BARAUSKAS:  I have no further questions.

 6              MR. PINKARD:  Nothing further for me.

 7              MR. BARAUSKAS:  Thank you very much,

 8    Mr. Zomberg.

 9              THE WITNESS:  Thank you.

10              MR. MYERS:  This concludes the record and we're

11    going off the record at 1:15.05 p.m.

12              MS. FOX:  Gentlemen, I need to get your

13    transcript order on the record, please.

14              MR. BARAUSKAS:  I'll take a transcript and a

15    video.

16              MR. MYERS:  What kind of video?  Do you just

17    want it on DVD, the video?

18              MR. BARAUSKAS:  That's fine.  I'll take a

19    transcript but not the video.

20              (Deposition concluded at 1:15 p.m.)

21

22

23

24

25
```