Kimberly Zomberg - 6/22/2012

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BIG CAT RESCUE CORP.,
a Florida not for profit corporation,

        Plaintiff,

vs.                    File No:  8:12-cv-00209-MSS-MAP

BIG CAT RESCUE ENTERTAINMENT
GROUP, INC., et al.,

        Defendants.
_____/

      The video deposition of KIMBERLY ZOMBERG taken before Julie A. Fox, CSR-4566, Certified Shorthand Reporter and Notary Public, at Moretti Group, 4920 Broadmoor, S.E., Grand Rapids, Michigan, on the 22nd day of June, 2012, commencing at or about 1:22 p.m. pursuant to notice.



www.firstchoicereporting.com    First Choice Reporting & Video Services
Worldwide Scheduling    800.939.0093

2fddf478-2749-4ad2-a056-1bf5aa45b9bc

```
 1                      APPEARANCES

 2

 3    On Behalf of the Plaintiff:

 4        MR. ALEKSAS A. BARAUSKAS  (via teleconference)
          JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
 5        403 East Madison Street, 4th Floor
          Tampa, Florida 33602
 6

 7    On Behalf of the Defendant:

 8        MR. ERIC C. PINKARD  (via teleconference)
          ANDERSON PINKARD
 9        13577 Feather Sound Drive
          Suite 670
10        Clearwater, Florida 33762

11
      Videographer:  Marc Myers
12

13

14

15

16                         INDEX

17    Examination by Mr. Barauskas              Page 4
      Examination by Mr. Pinkard                Page 12
18

19

20    EXHIBITS:   None marked

21

22

23

24

25
```

1  PROCEEDINGS
2
3       MR. MYERS: We are now on the record in the
4  matter of Big Cat Rescue Corp. versus Big Cat Rescue
5  Entertainment Group. Today's date is June 22nd, 2012.
6  The time is now 1:22.46 p.m. This is the videotaped
7  deposition of Kim Zomberg being taken at 4920 Broadmoor,
8  S.E., Grand Rapids, Michigan.
9       My name is Marc Myers. I am the camera
10 operator representing First Choice Reporting & Video
11 Services. The court reporter is Julie Fox with Moretti
12 Group.
13      At this time will counsel please introduce
14 themselves and will the court reporter please swear in
15 the witness?
16      MR. BARAUSKAS: This is Aleksas Barauskas from
17 the firm of Johnson, Pope in Tampa representing
18 plaintiff, Big Cat Rescue Corp.
19      MR. PINKARD: My name is Eric Pinkard and I'm
20 from the law firm of Anderson Pinkard. I represent the
21 defendants in this case.
22
23            KIMBERLY ZOMBERG,
24 having been first duly sworn, was examined and testified
25 as follows:

Kimberly Zomberg - 6/22/2012

Page 4

1                 EXAMINATION

2 BY MR. BARAUSKAS:

3 Q Good afternoon, Mrs. Zomberg.

4 A Hi.

5 Q This is Aleksas Barauskas. Just a couple ground rules.

6    If you could make sure to answer the question audibly

7    with a yes or no, just because we're on the phone and we

8    can't see your response if you don't answer audibly. If

9    we ask any questions that you don't understand or you

10   can't hear, just please let us know and we'll repeat it

11   or rephrase the question.

12 A Okay.

13 Q Is that okay?

14 A Yes.

15 Q Tell us your full name.

16 A Kimberly Jean Zomberg.

17 Q And what is your address?

18 A 2231 Shenandoah Drive, N.W., Grand Rapids, Michigan

19   49504.

20 Q Mrs. Zomberg, did you to go to college?

21 A I went to community college for a couple years. I didn't

22   graduate with a degree.

23 Q What did you study while you were in college?

24 A I studied interior design and art and I took a couple of

25   medical classes.

1  A  We had walked by and we saw the sign and it looked
2     exactly like the Big Cat Rescue in Tampa, and that's what
3     drew our attention, so we walked over and we kind of
4     looked at it. And we were really confused because it
5     didn't look like anything that Big Cat Rescue in Tampa
6     would do, so that's what kind of drew our attention was
7     it had the exact sign that Big Cat Rescue had.
8           MR. BARAUSKAS: I'm going to ask the court
9     reporter to show the witness what was Exhibit 2 to
10    Mr. Zomberg's deposition.
11 A  Yeah.
12 Q  Mrs. Zomberg, have you seen this document before?
13 A  Yes.
14 Q  And is this the -- the flyer that you saw at the
15    Centerpointe Mall?
16 A  Yes.
17 Q  On the first page you see a logo that has "Big Cat
18    Rescue" and then "Entertainment" underneath. Is this the
19    logo that you saw at the Centerpointe Mall?
20 A  Yes.
21 Q  What was confusing about this logo to you?
22 A  It had the same -- it says, Big Cat Rescue on it and it
23    had the same eyes and everything that the Big Cat Rescue
24    had when we went to the actual Big Cat Rescue in Tampa.
25 Q  And you testified that at the time you were confused.

Kimberly Zomberg - 6/22/2012

Page 7

1  Did you believe that Big Cat Rescue and Big Cat Rescue
2  Entertainment were affiliated?
3  A  Well, when we first saw it, we did, because it didn't --
4     it just -- it looked exactly the same. And they were
5     taking donations, saying that they were, you know, taking
6     donations to help rescue animals and -- and, you know, so
7     it looked exactly the same.
8  Q  What did you do after you saw this Big Cat Rescue
9     Entertainment display?
10 A  We kind of stood there and watched for a while and we --
11    we stood for quite a while and watched and we kind of
12    were talking -- you know, my son and I were talking, you
13    know, to each other and we just thought that this wasn't
14    right, that this wasn't something that -- after visiting
15    Big Cat Rescue, that this wasn't something that they
16    would condone. This wasn't something that they would do.
17          So we took the flyers and we kind of stood and
18    watched people -- you know, people walking by and -- and
19    them, you know, trying to get donations from people. So
20    we -- we took the flyers and we left. We drove around
21    the parking lot. We saw the big semi-trailer that they
22    had and we thought that wasn't something that they
23    should, you know, travel around with animals in. And
24    then we went home and we did some research on it.
25 Q  You testified that this exhibit didn't seem like

Kimberly Zomberg - 6/22/2012

Page 8

```
 1        something Big Cat Rescue would condone.
 2    A   Yes.
 3    Q   What do you mean by that?
 4    A   Well, because after going to -- to the Big Cat Rescue in
 5        Tampa and walking around and listening to everything that
 6        they were telling us about what they did and how they
 7        rescued animals and everything, for -- for the thing in
 8        the mall, they were -- had, you know, baby animals and
 9        they had -- they just didn't look healthy and they had,
10        you know, people in there and they were handling them and
11        it was hot and they -- they didn't look healthy and it
12        just didn't look like anything that Big Cat Rescue would
13        do to raise money to support their -- their cause.
14    Q   You also testified that you then went home and did some
15        research.  What did your research reveal?
16    A   Well, my -- my son -- son e-mailed the Big Cat Rescue to
17        ask if they were involved in this.  He looked up this --
18        I don't know.  I'm not sure how he got the name, but he
19        looked up, I think -- this part I'm not really sure on.
20        I don't know if he looked up Big Cat Rescue Entertainment
21        or if he actually got the name after he got an e-mail
22        from Big Cat Rescue, when he started looking up and he
23        found out what the Big Cat Rescue Entertainment actually
24        was.  That part I'm not really sure on.
25                But once he found out what the Big Cat
```

1    Entertainment was, he says, Mom, you don't want to know
2    about this because this is really bad.  And he started
3    finding out what they did and what the whole -- what was
4    it involved in and -- and then he -- then he got really
5    upset and then he started getting more involved with the
6    Big Cat Rescue.  And he got a few e-mails from them and
7    found out that they had nothing to do with it and --
8    which we didn't think they did.  And found out what
9    this -- what this person really was involved in.
10           And then we started calling -- we called the
11   mall and tried to talk to the mall manager and he
12   wouldn't call us back.  And then we called the radio --
13   or the TV stations to -- to, you know, try and get them
14   involved, to get this person -- this out of the mall;
15   that they shouldn't have, you know, people in the mall
16   doing this.
17           We called a bunch of different places and tried
18   to get, you know, some involvement in it.  And we had --
19   my son had to actually talk to the Big Cat Rescue people
20   a few times, and we really didn't get anywhere with them,
21   like with the local media.
22 Q You complained to the mall manager and as well as to the
23   news agencies.  Was that your own idea?
24 A Yes.
25 Q Do you think that Big Cat Rescue and Big Cat Rescue

Kimberly Zomberg - 6/22/2012

Page 10

1        Entertainment are affiliated today?
2    A   No.
3    Q   And what changed your mind?
4    A   Well, we had talked to the Big Cat Rescue.  They -- they
5        had sent a couple e-mails to my son.  We had actually
6        called and talked to them a few times.  And after we had
7        talked to them, they asked us if we would be more
8        involved the next time this person came to the mall.  And
9        we said, yeah, we would do anything we could to help
10       spread the word that they weren't involved with Big Cat
11       and -- and to do what we could to keep them from coming
12       back to the mall.
13              So this last time they were here, they sent out
14       an e-mail to my son.  My son was more -- more involved
15       than I was.  And so as soon as he got the e-mail, he
16       contacted friends.  One of his -- this friend that he
17       has, she's involved in cat rescue, and she got involved
18       and she just spread the word all over.
19              And I started calling the TV stations again.  I
20       called the Secretary of State in Lansing, because they
21       have an office in the mall, and they actually called me
22       back and I believe they contacted the mall manager, and
23       they gave me some other numbers to call in case it
24       didn't -- we didn't get through to the mall manager.
25              And they were going to stage a protest and --

```
 1      and then finally the mall decided they weren't going to
 2      have them there and they couldn't continue -- they
 3      couldn't continue with their -- their length of stay that
 4      they were supposed to be there, so they ended up leaving.
 5  Q   You mentioned that you contacted the TV station and the
 6      Secretary of State the second time Big Cat Rescue
 7      Entertainment was at the mall.  Was that your own idea?
 8  A   Yes.
 9  Q   Do you support Big Cat Rescue today?
10  A   Yes.
11  Q   Without your -- your inquiry to Big Cat Rescue and your
12      own independent research, would you still be confused
13      about the affiliation between Big Cat Rescue and Big Cat
14      Rescue Entertainment?
15  A   We weren't real --
16              MR. PINKARD:  Object to the form of that.
17  A   Pardon?
18  Q   (BY MR. BARAUSKAS):  You can go ahead and answer.
19  A   We weren't really confused.  I mean, we -- we knew that
20      Big Cat Rescue wouldn't condone this, so we were --
21      mostly we were confused because of the sign.  I mean, if
22      we didn't see the sign -- if the Big Cat Rescue sign
23      wasn't there, we wouldn't think that Big Cat Rescue would
24      be involved in this.  So the big sign there with the Big
25      Cat Rescue thing, that's what really confused us;
```