JOANNE GREEN - 6/29/2012

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BIG CAT RESCUE CORP.,
a Florida not for profit
corporation,

       Plaintiff,

vs.                        CASE NO. 8:11-cv-00209-MSS-MAP

BIG CAT RESCUE
ENTERTAINMENT GROUP,
INC., et al.,

       Defendants.


ORAL DEPOSITION OF JOANNE GREEN

TAKEN ON BEHALF OF THE PLAINTIFF

ON JUNE 29, 2012, BEGINNING AT 12:50 P.M.

IN OKLAHOMA CITY, OKLAHOMA


APPEARANCES

On behalf of the PLAINTIFF:

Frank R. Jakes
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
403 East Madison Street, 4th Floor
Tampa, Florida  33602
(813) 225-2500
frankj@jpfirm.com


(Appearances continued on next page.)


REPORTED BY: Shanna McKay, CSR

JOANNE GREEN - 6/29/2012

Page 2

1   APPEARANCES (Continued)

2   On behalf of the DEFENDANTS:

3   Eric C. Pinkard (by Telephone)
     ANDERSON PINKARD
4   13577 Feather Sound Drive, Suite 670
     Clearwater, Florida 33762
5   (727) 329-1999
     epinkard@FloridaLawPartners.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

JOANNE GREEN - 6/29/2012

Page 3

1 INDEX

2 PAGE

3 JOANNE GREEN

4 Stipulations .........................................4
Direct Examination by MR. JAKES ....................5
5 Court Reporter's Certificate .....................65

6

7 EXHIBITS

8

9 EXHIBIT          DESCRIPTION                              PAGE

10  1      Article Entitled, Reckless                        41
         Tiger Cub Petting Zoo: The
11       Humane Society of the United
         States Investigates GW Exotic
12       Animal Park

13  2      Photographs                                       51

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1                    STIPULATIONS

2           It is hereby stipulated and agreed by and

3    between the parties hereto, through their respective

4    attorneys, that the deposition of JOANNE GREEN may be

5    taken pursuant to agreement and notice and in accordance

6    with the Federal Rules of Civil Procedure on June 29,

7    2012, at the offices of Professional Reporters, 511

8    Couch Drive, Suite 100, Oklahoma City, Oklahoma, before

9    Shanna McKay, CSR.

10

11                    * * * * * * * *

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          And, thereupon, the said PLAINTIFF produced the
2     following witness, to-wit;
3                         JOANNE GREEN,
4     having been first duly sworn, was examined and testified
5     on her oath, as follows:
6                      DIRECT EXAMINATION
7     BY MR. JAKES:
8          Q.   Dr. Green, you're here today pursuant to a
9     subpoena duces tecum, duces tecum simply meaning that
10    there are some documents that you were requested to
11    bring.
12         A.   Yes.
13         Q.   And I see that you did bring a big stack of
14    documents.  Could you just generally describe what it is
15    that you brought with you?
16         A.   I brought all the invoices off of my computer
17    pertaining to the park where I have billed them and they
18    have paid me for services on individual animals and for
19    products and such of -- the nature of the park is what I
20    provide in services and antibiotics and things that I
21    dispense.
22              I also brought medical records pertaining
23    to each individual animal that I have seen.  A lot of
24    these are copies of -- have copies that are at the park
25    for the USDA's inspection, lab reports, X rays, anything

1   A.   Only if it's rabies vaccination.
2   Q.   Do you know whether any staff at GW administers
3   their own rabies vaccination?
4   A.   I do not know that.
5   Q.   And why, in your opinion, should rabies
6   vaccinations only be performed by veterinarians?
7   A.   As far as the state board of health sees it, a
8   licensed veterinarian is supposed to administer the
9   rabies vaccination to make it legal and certified that
10  if that animal was to come in contact with rabies, a
11  licensed person vaccinated it.  So, to give a little
12  extra protection there that that animal will not get
13  rabies.
14  Q.   What about anesthesia?  Do you know whether any
15  of the staff at GW Animal Park perform their own
16  anesthesia in your absence?
17  A.   Yes.
18  Q.   And have you trained them in that respect?
19  A.   Yes.
20  Q.   Explain what you've done and what goes on to
21  your understanding.
22  A.   We've -- because they have so many animals and
23  they are -- some of them are very dangerous animals and
24  there are many minor procedures that must go on, I have
25  trained certain staff members on medication amounts and

1  birth of new cubs. Have there been instances where your
2  services have been sought out in circumstances where a
3  mother tiger or other big cat was rejecting a new cub?
4     A.  I cannot recall, no.
5     Q.  Doesn't come to mind?
6     A.  Huh-uh.
7     Q.  Okay. Do you have any direct involvement in
8  the birthing of cubs out there?
9     A.  Yes.
10    Q.  Explain how that works.
11    A.  If there is a mother tiger in labor, I'm
12 usually called and alerted that she's in labor. In case
13 anything comes up, I'm in the area. We give her a
14 required standard amount of time to -- to have the first
15 one. And she's observed uninterrupted as she produces
16 the cubs to see if she does reject them.
17       Usually, after she's had all of the cubs
18 and they're cleaned up and allowed to nurse the first
19 milk, they're pulled and put on a bottle to prevent
20 injury. I mean, you're talking about a momma cat that's
21 about 400 pounds. And some of them are good mommas, and
22 some of them aren't good mommas.
23       So, instead of putting the baby in
24 jeopardy, usually the cubs are pulled. If she has a
25 history of being a good mother, then she gets to keep

1  her cubs.
2          I have performed a c-section on a tiger
3  that could not have her cubs, and that went well.  Just
4  the other day, I was called out.  Female tiger had had a
5  cub and was not acting correctly, so we sedated her and
6  I examined her for cubs that maybe she had not had.  And
7  she was fine.  She just was needing a little extra
8  attention and some antibiotics and everything went well.
9      Q.   Is it my understanding that you aren't present
10 when all cubs are born out there?
11     A.   Not all cubs, no.
12     Q.   What -- how is it determined when you should be
13 there and when you shouldn't be there?
14     A.   If the -- depending on the experience of the
15 mother.  Many of the staff are experts at birthing the
16 cubs and raising them.  And as long as things are going
17 smoothly, there's no reason for me to be there.
18     Q.   Do you know how many tiger cubs were born out
19 at GW in 2011?
20     A.   I do not know.
21     Q.   Would 20 be too many?
22     A.   You'd have to look at the record.  It's all in
23 the record.
24     Q.   Well, do you have any involvement in recording
25 the births out there?

JOANNE GREEN - 6/29/2012

Page 45

```
 1   and -- well, let's make it two and a half, all of 2012.
 2   How many necropsies would you say you've performed for
 3   GW?
 4        A.   I cannot recall an exact number.  Two and a
 5   half years?  I would just have to refer to my notes, and
 6   I don't have my records here.  I do not know.
 7        Q.   Would you expect it to be more than half a
 8   dozen?
 9        A.   I would say not more than a dozen.
10        Q.   Have you ever visited Mr. Schreibvogel's
11   personal residence out at the park?
12        A.   Yes, I have.
13        Q.   And there are quite a few animals there, aren't
14   there?
15        A.   Yes.
16        Q.   In your visits, did you -- what animals do you
17   recall noticing in his personal residence?
18        A.   Lots of baby tigers in individual playpens
19   being cared for.  Sometimes a monkey.  Sometimes some
20   little wiener dogs.  That's all that I recall.
21        Q.   From a veterinarian's point of view, what risks
22   might arise by having newborn tiger cubs in close
23   proximity to all these other animals?
24        A.   I don't -- I don't recall.
25        Q.   You don't think there would be any risks?
```