KRISTY KRUEGER-KRISLE - 6/29/2012

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BIG CAT RESCUE CORP.,
a Florida not for profit
corporation,

       Plaintiff,

vs.                      CASE NO. 8:11-cv-00209-MSS-MAP

BIG CAT RESCUE
ENTERTAINMENT GROUP,
INC., et al.,

       Defendants.

ORAL DEPOSITION OF KRISTY KRUEGER-KRISLE

TAKEN ON BEHALF OF THE PLAINTIFF

ON JUNE 29, 2012, BEGINNING AT 2:56 P.M.

IN OKLAHOMA CITY, OKLAHOMA

APPEARANCES

On behalf of the PLAINTIFF:

Frank R. Jakes
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
403 East Madison Street, 4th Floor
Tampa, Florida  33602
(813) 225-2500
frankj@jpfirm.com

(Appearances continued on next page.)

REPORTED BY:  Shanna McKay, CSR

EXHIBIT 13

1   APPEARANCES (Continued)

2   On behalf of the DEFENDANTS:

3   Eric C. Pinkard (by Telephone)
    ANDERSON PINKARD
4   13577 Feather Sound Drive, Suite 670
    Clearwater, Florida  33762
5   (727) 329-1999
    epinkard@FloridaLawPartners.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

KRISTY KRUEGER-KRISLE - 6/29/2012

Page 3

1                    INDEX
2                                                      PAGE
3   KRISTY KRUEGER-KRISLE
4   Stipulations ........................................4
    Direct Examination by MR. JAKES .....................5
5   Court Reporter's Certificate .......................55
6
7                   EXHIBITS
8
9   EXHIBIT          DESCRIPTION                        PAGE
10  1      Oklahoma Department of                         27
           Agriculture, Food & Forestry
11         Certificate of Veterinary
           Inspection Forms
12
13
14
15
16
17
18
19
20
21
22
23
24
25

KRISTY KRUEGER-KRISLE - 6/29/2012

Page 4

1                 STIPULATIONS

2        It is hereby stipulated and agreed by and

3 between the parties hereto, through their respective

4 attorneys, that the deposition of KRISTY KRUEGER-KRISLE

5 may be taken pursuant to agreement and notice and in

6 accordance with the Federal Rules of Civil Procedure on

7 June 29, 2012, at the offices of Professional Reporters,

8 511 Couch Drive, Suite 100, Oklahoma City, Oklahoma,

9 before Shanna McKay, CSR.

10

11               * * * * * * * *

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3f0b24ba-9977-43df-9526-43711a6012ed

Page 5

1      And, thereupon, the said PLAINTIFF produced the
2  following witness, to-wit;
3                KRISTY KRUEGER-KRISLE,
4  having been first duly sworn, was examined and testified
5  on her oath, as follows:
6                   DIRECT EXAMINATION
7  BY MR. JAKES:
8      Q.   Dr. Krueger, you're a practicing veterinarian,
9  correct?
10     A.   Yes, sir.
11     Q.   And where do you maintain your practice?
12     A.   Lahoma, Oklahoma.
13     Q.   And do you practice by yourself or with other
14 veterinarians?
15     A.   By myself.
16     Q.   What is your educational background after
17 college?
18     A.   Just OSU vet school.
19     Q.   And when did you graduate from OSU vet school?
20     A.   1994.
21     Q.   Are you licensed in the State of Oklahoma to
22 practice veterinarian medicine?
23     A.   Yes, sir.
24     Q.   And when did you receive that license?
25     A.   1994.

KRISTY KRUEGER-KRISLE - 6/29/2012

Page 45

1  months.
2  Q. Thank you. Is it possible that these tigers
3  might have had ringworm at the time this certificate
4  issued?
5  A. If it was on a place on their body I couldn't
6  see without looking at them through a fence.
7  Q. Because you did not actually get your hands on
8  these animals, right?
9  A. No, not after they were 12 weeks.
10 Q. And why is that?
11 A. Because I want to live.
12 Q. You would agree that it would be dangerous for
13 humans to normally interact with 12-week-old tiger cubs,
14 right?
15 A. Yes. Yes. I need my fingers.
16 Q. Did you -- was your advice ever solicited by
17 Mr. Schreibvogel or GW on general issues regarding, for
18 example, the breeding of exotics?
19 A. No, not that I can recall.
20 Q. How about milk replacement formulas?
21 A. Yes.
22 Q. Talk to me about what your advice --
23 A. When the baby tigers were sick?
24 Q. This is back in '09 and '10?
25 A. Uh-huh.