JAY VILLEMARETTE - 6/29/2012

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BIG CAT RESCUE CORP.,
a Florida not for profit
corporation,

       Plaintiff,

vs.                     CASE NO. 8:11-cv-00209-MSS-MAP

BIG CAT RESCUE
ENTERTAINMENT GROUP,
INC., et al.,

       Defendants.


ORAL DEPOSITION OF JAY VILLEMARETTE

TAKEN ON BEHALF OF THE PLAINTIFF

ON JUNE 29, 2012, BEGINNING AT 11:21 A.M.

IN OKLAHOMA CITY, OKLAHOMA


APPEARANCES

On behalf of the PLAINTIFF:

Frank R. Jakes
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
403 East Madison Street, 4th Floor
Tampa, Florida   33602
(813) 225-2500
frankj@jpfirm.com


(Appearances continued on next page.)


REPORTED BY:  Shanna McKay, CSR



First Choice Reporting & Video Services
www.firstchoicereporting.com     Worldwide Scheduling     800.939.0093

9c1672b7-380b-4f77-8420-cb334e3fa9b2

1   APPEARANCES (Continued)

2   On behalf of the DEFENDANTS:

3   Eric C. Pinkard (by Telephone)
    ANDERSON PINKARD
4   13577 Feather Sound Drive, Suite 670
    Clearwater, Florida   33762
5   (727) 329-1999
    epinkard@FloridaLawPartners.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                           INDEX

2                                                           PAGE

3    JAY VILLEMARETTE

4    Stipulations ........................................4
     Direct Examination by MR. JAKES ....................5
5    Court Reporter's Certificate ......................29

6

7                         EXHIBITS

8                       (None offered)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

JAY VILLEMARETTE - 6/29/2012

Page 4

1                    STIPULATIONS

2           It is hereby stipulated and agreed by and

3  between the parties hereto, through their respective

4  attorneys, that the deposition of JAY VILLEMARETTE may

5  be taken pursuant to agreement and notice and in

6  accordance with the Federal Rules of Civil Procedure on

7  June 29, 2012, at the offices of Professional Reporters,

8  511 Couch Drive, Suite 100, Oklahoma City, Oklahoma,

9  before Shanna McKay, CSR.

10

11                   * * * * * * * *

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    And, thereupon, the said PLAINTIFF produced the
2    following witness, to-wit;
3                    JAY VILLEMARETTE,
4    having been first duly sworn, was examined and testified
5    on his oath, as follows:
6                    DIRECT EXAMINATION
7    BY MR. JAKES:
8        Q.   Sir, would you please state your name for the
9    record.
10       A.   Jay Villemarette.
11       Q.   And could you spell your last name?
12       A.   V, as in Victor, I, double L, E-m-a-r-e-t-t-e.
13       Q.   And are you employed?
14       A.   I am.
15       Q.   By whom?
16       A.   Myself.
17       Q.   Do you have a business name?
18       A.   We do.  Skulls Unlimited.
19       Q.   Is that a corporate entity?
20       A.   It is.
21       Q.   And is it an LLC or a corporation?
22       A.   It's a corporation.
23       Q.   Oklahoma?
24       A.   It is.
25       Q.   Very good.  Are you affiliated with the Museum

JAY VILLEMARETTE - 6/29/2012

Page 13

1    A.   He'll call and say we have a dead caracal or
2  whatever, what do you need from it.  And I'll say,
3  "Well, if you can save the skull, that's fine; but we
4  don't really need the carcass."  But I'm not even sure
5  that's actually happened.
6    Q.   Have you personally worked on any of the animal
7  carcasses from Mr. Schreibvogel's operation?
8    A.   I have.
9    Q.   Which ones do you recall working on?
10   A.   I know for sure I've worked on a lion.
11   Q.   In your business, once you receive the animal
12 carcass from somebody like -- well, let's just use Joe
13 Schreibvogel.  Once you receive the animal carcass from
14 Joe Schreibvogel's operation, what happens?
15   A.   Generally, it will go into the freezer until we
16 can have a chance to work on it.  And then from there --
17 we're only interested in the osteological remains.
18   Q.   And for the record, when you say that, you mean
19 bones?
20   A.   The skeleton, yes.
21   Q.   Okay.  And so what happens to the remainder of
22 the carcass?
23   A.   We cut all the meat off of it and the meat is
24 rendered and the skeleton is processed.
25   Q.   I apologize.  I'm not familiar with your field

9c1672b7-380b-4f77-8420-cb334e3fa9b2

JAY VILLEMARETTE - 6/29/2012

Page 14

1  of work.  When you say "the meat is rendered," what do
2  you mean?
3      A.   It means it's either incinerated or disposed of
4  through the landfill.
5      Q.   What about the -- the hide or the pelt?
6      A.   We -- generally, we're not interested in the
7  hide or the pelt.  On occasion, we will; but it's not
8  what our company's about.  It's not what our museum's
9  about.
10     Q.   What happens to it is what I'm trying to
11 understand.
12     A.   It's disposed of.
13     Q.   Has that happened with all of the animal
14 carcasses that you've received from Joe Schreibvogel's
15 operation?
16     A.   No.  We have kept a lion skin.  We use it in
17 our education of -- of the museum.
18     Q.   So, the lion skin is in the museum right now?
19     A.   Uh-huh.
20     Q.   You need to say "yes" for the record.
21     A.   Yes.  Yes.  Yes.
22     Q.   Okay.  Thank you.  What about any of the other
23 organs of the animals?
24     A.   They're disposed of.
25     Q.   Okay.  Is there any -- are you subject to any

1  government supervision in that process?
2      A.   No.  Disposing of them?  No.  They're just
3  frozen and go out with the garbage.
4      Q.   And what becomes of the bones that you have
5  then separated from everything else?
6      A.   They become a permanent part of the Museum of
7  Osteology's collection.
8      Q.   So, every single animal carcass that has come
9  from Joe Schreibvogel's operation, the bones are now
10 part of the museum?
11     A.   Yes.  With the exception of perhaps like a
12 caracal, like I mentioned before.
13     Q.   And what would happen in that instance?
14     A.   That might be sold.  We -- we might sell it.
15 And I'm not even -- again, I'm not sure I've ever even
16 gotten a caracal.  But the reason I use caracal as an
17 example is because we don't need caracal for the museum
18 collection.
19          So, that would be a specimen that we would
20 graciously take from him.  But we would make the best
21 use of it, and we would place it into a university
22 collection or something.
23     Q.   How many tigers do you -- tiger skeletons do
24 you now have at your museum?
25     A.   From him particularly or in general?

JAY VILLEMARETTE - 6/29/2012

Page 20

1   cross.  We make use of the skeletons when a taxidermist
2   is done with it.
3       Q.   Is there any reason why you don't try to make
4   use of animal pelts for --
5       A.   The only time we make use of animal pelts is
6   for the teaching collection of the museum.  We generally
7   don't get involved with the pelts.  It's too
8   time-consuming.  It's just not worth our efforts.
9       Q.   Has your operation ever explored the secondary
10  uses of any of the organs of any of the animals?
11      A.   What for?  I don't -- no.
12      Q.   How do you control the disposal of the meat and
13  the organs of the animals when you're processing them?
14      A.   It's all put into barrels and frozen until
15  trash day.  Then it's disposed of at the landfill.
16      Q.   Is there any internal mechanism to make sure
17  that all of the meat and organs of the animals are
18  handled in that fashion?
19      A.   They go into the trash.  We got buckets besides
20  our flensing tables, and they're dropped into the
21  buckets and frozen.
22      Q.   How many of your employees actually do the
23  rendering, if that's the right term?
24      A.   The flensing.  That actually get involved with
25  the removal of the tissue, perhaps two.

```
 1   buildings, but on the same property.
 2        Q.   So, all the skeletons would be maintained at
 3   those two buildings?
 4        A.   We're referring to tigers, all in one building.
 5   Tigers and cats -- any cats is all stored in one
 6   building.
 7        Q.   In the process of preparing tiger skeletons, do
 8   you remove the teeth?
 9        A.   No.
10        Q.   Is that part of the skeleton?
11        A.   That stays with the skull, yes.  Anything we've
12   ever gotten from Joe can be seen.  It's at the museum.
13   It's -- it's there to be seen.  It's not like -- so, any
14   of your concerns, like questions of teeth missing or
15   whatever, you can see instantly that's not the case at
16   all.
17        Q.   Well, but we wouldn't know anything about
18   the -- the pelts or the organs or any of the other body
19   parts, correct?
20        A.   Of course not, yeah.  Exactly.
21        Q.   Did I misunderstand you about your disposal of
22   the meat and the body parts?  Do you sometimes cremate
23   them, or do you only put them in landfill?
24        A.   Generally, animal parts are landfilled.
25   Generally, human remains are cremated.  The law kind of
```

JAY VILLEMARETTE - 6/29/2012

Page 24

1  frowns on us throwing human body parts in the landfill.
2     Q.  I should imagine.
3     A.  Uh-huh.
4     Q.  Do you have -- do you also process human
5  skeletons?
6     A.  Oh, yes.
7     Q.  I assume there's different legal governance in
8  that area?
9     A.  You'd be surprised. No.
10    Q.  No? When you're processing animal carcasses
11 such as those from Mr. Schreibvogel, do you keep any
12 records of the process, the receipt, the processing,
13 anything like that?
14    A.  No, sir, we don't. We process hundreds, if not
15 thousands, of skeletons a month. And his is no
16 different than any other. They're labeled and tagged
17 that the source is from him. Beyond that, no.
18    Q.  And when you say you process hundreds, are
19 those all for the museum or are some of them for Skulls
20 Unlimited?
21    A.  Exactly. Both.
22    Q.  Both?
23    A.  Yeah.
24    Q.  Have any of the tigers or lion carcasses that
25 you've received from GW or Mr. Schreibvogel ever been