JAN PERCIVAL - 6/15/2012

CERTIFIED COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

BIG CAT RESCUE CORP., a Florida not )
for profit corporation,              )
                                     )
         Plaintiff,                  )
                                     )
   vs.                               ) No. 8:11-CV-00209-
                                     )     MSS-MAP
BIG CAT RESCUE ENTERTAINMENT GROUP,  )
INC., et al.,                        )
                                     )
         Defendants.                 )
_____)

DEPOSITION OF JAN PERCIVAL, a witness herein, noticed by Johnson, Pope, Bokor, Ruppel & Burns, at 707 Broadway, Suite 1210, San Diego, California, at 10:16 a.m., on Friday, June 15, 2012, before Jennifer K. Winters, CSR 8543.



1    APPEARANCES OF COUNSEL:

2

3    For Plaintiff:

4    JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP

5    BY ALEKSAS A. BARAUSKAS (Present by telephone.)

6    403 East Madison Street, Fourth Floor

7    Tampa, Florida   33602

8

9    For Defendants:

10   ANDERSON PINKARD

11   BY ERIC C. PINKARD (Present by telephone.)

12   13577 Feather Sound Drive, Suite 670

13   Clearwater, Florida   33762

14

15   Also Present: JOHN SISSON (Videographer)

16

17

18

19

20

21

22

23

24

25

JAN PERCIVAL - 6/15/2012

Page 3

```
 1                        I N D E X
 2  WITNESS:  JAN PERCIVAL
 3  EXAMINATION BY:                       PAGE
 4  MR. BARAUSKAS                          5
 5  MR. PINKARD                           14
 6
 7
 8
 9
10                      E X H I B I T S
11  Exhibit identification within the transcript is flagged
    with "[EXH]" as an identifier.
12
13  PLAINTIFF    DESCRIPTION              IDENTIFIED   MARKED
14  1    Email                                9          15
         [EXH-1]
15
    2    Photocopy of photograph            12          15
16       [EXH-2]
17
18
19
20
21
22
23
24
25
```

```
10:16   1          THE VIDEOGRAPHER:  Good morning.  We're now on the
        2   record in the matter of Big Cat Rescue Corporation
        3   versus Big Cat Rescue Entertainment Group, Incorporated.
        4   Today is June 15, 2012.  The time is now 10:16 in the
10:16   5   morning.
        6          This is the videotaped deposition of Jan Percival
        7   being taken at the offices of Hutchings Court Reporters
        8   at 707 Broadway, San Diego, California.  My name is
        9   John Sisson.  I am the camera operator representing
10:16  10   First Choice Reporting and Video Services, Incorporated,
       11   located at 121 South Orange Avenue in Orlando, Florida.
       12   Our court reporter today is Jennifer Winters with
       13   Hutchings Court Reporters.
       14          Will counsel please now introduce themselves and
10:16  15   state for whom they're appearing.
       16          MR. BARAUSKAS:  Aleksas Barauskas from the law firm
       17   of Johnson, Pope representing the plaintiff,
       18   Big Cat Rescue Corp.
       19          MR. PINKARD:  I'm Eric Pinkard from
10:17  20   Anderson Pinkard representing the defendants.
       21          THE VIDEOGRAPHER:  Thanks very much.  Will the
       22   court reporter now swear in the witness.
       23          (Continued on following page.)
       24
       25
```

JAN PERCIVAL - 6/15/2012

Page 5

1              JAN PERCIVAL,
2  a witness herein, having been duly sworn, testifies as
3  follows:
4
5                    -EXAMINATION-
6
7       BY MR. BARAUSKAS:
8          Q.  Good morning, Jan.
9          A.  Good morning.
10:17  10   Q.  Please give us your full name.
       11   A.  My full name is Jan Percival Lipscomb.
       12   Q.  And what is the name that you typically go by?
       13   A.  Professionally I go by Jan Percival.
       14   Q.  All right.  And what is your address?
10:17  15   A.  6226 Branting Street, San Diego, California,
       16  92122.
       17   Q.  Let's talk about your education.  Did you go to
       18  college?
       19   A.  I did.  I have a Bachelor's degree in
10:18  20  journalism from the University of Arizona.
       21   Q.  And did you attend any graduate school?
       22   A.  No, I have not.
       23   Q.  And no further degrees other than your
       24  Bachelor's degree in journalism from the University of
10:18  25  Arizona?

JAN PERCIVAL - 6/15/2012

Page 9

| | | |
|---|---|---|
| 10:23 | 1 | wrong here.  This cannot be right. |
| | 2 | Q.  Did you think that Big Cat Rescue and |
| | 3 | Big Cat Rescue Entertainment were related? |
| | 4 | A.  Well, according to my Google search that was |
| 10:23 | 5 | Big Cat Rescue.  I -- I couldn't imagine that that could |
| | 6 | be the case, that they would have, quote, unquote, an |
| | 7 | entertainment arm that would put tigers, cubs in a |
| | 8 | petting zoo.  But I -- you know, it was very, very |
| | 9 | confusing because the names are the same.  So I Googled |
| 10:23 | 10 | Big Cat Rescue and that's what I got.  It was extremely |
| | 11 | confusing.  And I just knew, you know, intuitively, |
| | 12 | okay, something is really wrong here. |
| | 13 | Q.  And -- and what did you do next? |
| | 14 | A.  I sent an email to Big Cat Rescue.  I went to |
| 10:23 | 15 | their website.  You know, I sort of Googled around to |
| | 16 | figure out the best I could like who -- what is going on |
| | 17 | here.  And I went back to the website and emailed |
| | 18 | Big Cat Rescue and basically said what's going on here. |
| | 19 | You -- certainly you guys can't be doing a tiger petting |
| 10:24 | 20 | zoo at a mall.  This doesn't seem right.  So I just |
| | 21 | emailed them to ask them what was going on. |
| | 22 | MR. BARAUSKAS:  And at this time I would like to |
| | 23 | have the court reporter show the witness Exhibit 1 which |
| | 24 | we have previously furnished to opposing counsel.  There |
| 10:24 | 25 | is the Bates Number BCR dash 000462. [EXH-1] |

JAN PERCIVAL - 6/15/2012

Page 10

| | | |
|---|---|---|
| 10:24 | 1 | THE REPORTER: Okay. |
| | 2 | MR. BARAUSKAS: |
| | 3 | Q. Do you see that document? |
| | 4 | A. Yes. |
| 10:24 | 5 | Q. Have you seen this document before? |
| | 6 | A. Yes. This is, in fact, my email. |
| | 7 | Q. Okay. And so your email address is |
| | 8 | jpercival@scribecommunications.com? |
| | 9 | A. Yes. |
| 10:25 | 10 | Q. And you sent this email on or about Tuesday, |
| | 11 | November 8th, 2011, at 11:13 p.m. -- or a.m.? |
| | 12 | A. Yes. |
| | 13 | Q. And looking at the text of the email it says, |
| | 14 | Hi Carole, what's the deal with the message on the |
| 10:25 | 15 | Cedar Mall homepage about Big Cat Rescue Entertainment. |
| | 16 | Did I read that correctly? |
| | 17 | A. Yes. |
| | 18 | Q. And -- and you referenced a URL of HTTP slash |
| | 19 | WWW dot the Cedar Mall dot-com. Did I read that |
| 10:25 | 20 | correctly? |
| | 21 | A. Yes. |
| | 22 | Q. And then you continue with your email and -- |
| | 23 | and you say, I'm confused. It looks like they're doing |
| | 24 | an event for Big Cat Rescue while still advertising -- |
| 10:25 | 25 | and it appears P-L-Y-A -- with a real baby tiger. Did I |

JAN PERCIVAL - 6/15/2012

Page 11

```
10:25   1    read that correctly?
        2         A.  Yes, you did.
        3         Q.  Is -- is P-L-Y-A a typo for play?
        4         A.  Yes, it is a typo for play.
10:26   5         Q.  Okay.  And so this -- this email is the email
        6    that you referenced that you sent after visiting and
        7    learning about Big Cat Rescue Entertainment and then
        8    further searching on the Internet; is that correct?
        9         A.  Yes, that's correct.
10:26  10         Q.  By sending this email and -- and your research
       11    about Big Cat Rescue did this clear up that the entities
       12    were not related?
       13         A.  Yes.  As I recall, the response I got explained
       14    that this was another organization that was using
10:26  15    this -- the name and had no real connection to
       16    Big Cat Rescue.
       17         Q.  When you visited thecedarmall.com what did you
       18    see on that website?
       19         A.  Well -- so I'm trying -- it's been a while so
10:27  20    I'm not sure that I remember specifically but after
       21    Googling Big Cat Rescue and it takes me to a mall in
       22    Ohio I think and then seeing the Big Cat Rescue
       23    Entertainment, play with a baby tiger, that -- that
       24    connection was very surprising that that's where a
10:27  25    search for Big Cat Rescue would have taken me.
```

JAN PERCIVAL - 6/15/2012

Page 13

| | | |
|---|---|---|
| 10:29 | 1 | issue being cleared up. I would never, ever support a |
| | 2 | petting zoo for a wild animal or anything of that type. |
| | 3 | So, yes, I do feel that I have it totally clarified and |
| | 4 | my support for Big Cat Rescue will continue. And I -- |
| 10:29 | 5 | my personal opinion, I hope these people stop trying -- |
| | 6 | trying to -- to use the name because it is extremely |
| | 7 | confusing to consumers. |
| | 8 | Q. Would it be safe to say that had you not |
| | 9 | conducted your own additional research that you would |
| 10:29 | 10 | have stopped donating to Big Cat Rescue? |
| | 11 | MR. PINKARD: Object to form. |
| | 12 | THE WITNESS: I definitely would have stopped. |
| | 13 | That would have been it. And it's -- I believe it's |
| | 14 | probably only because of my training as a journalist |
| 10:30 | 15 | that this whole thing I found confusing and intriguing |
| | 16 | that I -- it caused me to take the time to go to the -- |
| | 17 | find the website, to email them, to ask them what the |
| | 18 | heck is going on because it just didn't make any sense. |
| | 19 | So I definitely -- if I had been in a hurry and super |
| 10:30 | 20 | distracted and just didn't have the time, that would |
| | 21 | have been the end of my interest in Big Cat Rescue. |
| | 22 | MR. BARAUSKAS: |
| | 23 | Q. Do you think that most people would have done |
| | 24 | the additional research that you did? |
| 10:30 | 25 | MR. PINKARD: Object to form. |

JAN PERCIVAL - 6/15/2012

Page 14

10:30  1    THE WITNESS: No, I don't think most people would
       2    bother doing that because -- I mean, you know, for all
       3    the obvious reasons, people are busy, there's a million
       4    choices. And if you go to a brand that you trust, a
10:30  5    name that you trust and you see that that name has been
       6    corrupted, I think not too many people would have taken
       7    the extra time to just kind of go down the path to
       8    figure out, okay, something's not right, what is going
       9    on here. So I definitely think that this would stop
10:31 10    most people in their tracks from donating or getting
      11    involved in the organization because it looks like a
      12    betrayal of the organization's mission.
      13        MR. BARAUSKAS: All right. Thank you, Jan. I -- I
      14    don't have any further questions. Eric, your witness.
10:31 15
      16                    -EXAMINATION-
      17
      18    BY MR. PINKARD:
      19        Q. Jan, are you a member of any animal rights
10:31 20    groups?
      21        A. I have been over the course of my life. I
      22    don't think I am right now. I might be -- I'm very
      23    active in Rotary and I'm not -- I don't think I am a
      24    member of anything right now.
10:31 25        Q. Okay. In the past which groups have you been a

JAN PERCIVAL - 6/15/2012

Page 15

| | | |
|---|---|---|
| 10:31 | 1 | member of? |
| | 2 | A. The World Wildlife Fund, Surf Rider, let's see, |
| | 3 | early -- early in my teenage years I was interested in |
| | 4 | the vivisection -- I supported an anti-vivisection |
| 10:32 | 5 | organization but I haven't been involved in that in a |
| | 6 | long time. |
| | 7 | MR. PINKARD: I don't have any other questions. |
| | 8 | MR. BARAUSKAS: I don't have any additional |
| | 9 | questions either. We're done. |
| 10:32 | 10 | THE WITNESS: Thank you. |
| | 11 | MR. PINKARD: Thank you. |
| | 12 | MR. BARAUSKAS: All right. Thank you. |
| | 13 | THE REPORTER: Hold on. |
| | 14 | THE VIDEOGRAPHER: Okay. This ends -- |
| 10:32 | 15 | THE REPORTER: Don't hang up. |
| | 16 | THE VIDEOGRAPHER: This ends the deposition of |
| | 17 | Jan Percival and at 10:32 we're off the record. |
| | 18 | (Whereupon the documents referred to are marked by |
| | 19 | the reporter as Plaintiff Exhibits 1 and 2 for |
| | 20 | identification.) |
| | 21 | (The proceedings concluded at 10:32 a.m.) |
| | 22 | *** |
| | 23 | |
| | 24 | |
| | 25 | |