# EXHIBIT 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BIG CAT RESCUE CORP.,
A Florida not for profit corporation,

    Plaintiff,

vs.                                 Case No.: 8:11-cv-00209-MSS-MAP

BIG CAT RESCUE ENTERTAINMENT
GROUP, INC., et al.,

    Defendants.
_____/

## NOTICE OF SERVICE OF DFENDANTS' ANSWERS TO FIRST INTERROGATORIES

COME NOW, the Defendants, by and through their undersigned counsel, and give notice of service of their Answers to First Interrogatories to Plaintiff on the date set forth below.

Respectfully submitted this 14th day of June, 2012.

                                               **ANDERSON | PINKARD**

                                               _/s/ E. Pinkard_____

                                               Eric C. Pinkard
                                             Florida Bar No.: 651443
                                             13577 Feather Sound Dr., Suite 670
                                             Clearwater, FL  33762
                                             Telephone: (727) 329-1999
                                             Facsimile: (727) 329-1499
                                             epinkard@floridalawpartners.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand delivery this 14th day of June, 2012, to:

Frank R. Jakes, Esq.
Aleksas A. Barauskas, Esq.
Johnson Pope Boker Ruppel & Burns, LLP
403 East Madison Street, Fourth Floor
Tampa, FL  33602

Eric C. Pinkard
Florida Bar No.: 651443

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BIG CAT RESCUE CORP., )
a Florida not for profit corporation, )
)
      Plaintiff, )
)
vs. )  CASE NO. 8:11-cv-00209-MSS-MAP
)
BIG CAT RESCUE ENTERTAINMENT )
GROUP, INC., et al., )
)
      Defendants. )
_____)

## ANSWERS TO FIRST INTERROGATORIES

     1.   Identify all facts and documents forming the basis of your second affirmative defense of your Second Amended Answer, Affirmative Defenses, and Counterclaims contending BCR has unclean hands.

**RESPONSE:**

Unclean hands refers to the defamation, libel, and slander outlined in the Counterclaims. BCR has in the past or present, engaged in the behavior they accuse GWE and Mr. Schreibvogel of. The motivations of BCR are hidden and are driven by financial reward, not the welfare of exotic cats. Documents associated with this include Board Minutes, 20 year plan, breeding of big cats at BCR, display and exhibition of big cats in an abusive manner, including ingestion of pain, videos claiming rescue of cats who were born and bred at BCR.


     2.   Identify all facts and documents forming the basis of your fifth affirmative defense of your Second Amended Answer, Affirmative Defenses, and Counterclaims contending BCR "has failed to police third-party uses and naked licensing," including but not limited to all "third party uses" and "naked licenses" of which the Defendants are aware.

**RESPONSE:**

Other entities use the words, "Big Cat" and "Big Cat Rescue" either standing on their own or in concert with other words. Carole Baskin stated in her deposition only one effort to enforce was made in Australia. BCR has also sought to have malls refer to GWE's display as "Big Cat Rescue Entertainment," not Big Cat Rescue, not requesting any enforcement of any common law right to the words, "Big Cat Rescue" in conjunction with the word "entertainment."

Examples of other entities with use of "Big Cat" or "Big Cat Rescue"
Wisconsin Big Cat Rescue and Educational Center, Rock Springs, WI
Big Cat Habitat and Gulf Coast Sanctuary, Sarasota, FL
Exotic Feline Rescue Center

Additionally, the "snow leopard" eyes referred to in the Plaintiff's Complaint is also displayed on the website of Feline Conservation Center at www.cathouse.fcc.org

The Catty Shack Ranch Wildlife Sanctuary also uses a cat eyes banner on its website at www.cattyshack.org

Carolina Tiger Rescue; www.caralinatigerrescue.com also uses a similar cat eyes picture.


3. Identify all damages you are seeking as part of your Second Amended Answer, Affirmative Defenses, and Counterclaims.

**RESPONSE:**

Damages are contained in the revenues and expense report prepared by accountant Katy Johnson, which breaks down the previous revenue. Counter Plaintiff's seek loss of present, past and future profits due to cancellation of road shows. Spreadsheet of loss of revenues and profits are attached.


4. Identify which malls owned or operated by General Growth Properties, Inc. (a) at which you have ever appeared for an animal exhibition; and (b) with which you contend you had an ongoing business relationship. With respect to (a), please quantify by dollar amount per appearance the money received for any animal exhibition appearance, and with respect to (b), please quantify by dollar amount per mall the value of any lost business relationship. In quantifying the value of any lost business relationship on a per appearance basis, please identify all facts, documents, and calculations demonstrating how you arrived at the dollar amount supplied.

**RESPONSE:**


Pinnacle Hills
Capital Mall
Columbia Mall
Coronado Center
Oak View Mall
River Hills
First Colony

Yes, documents concerning the specific lost revenues and lost profits are attached and documents referenced.

     5.    Identify which malls owned or operated by the Westfield Group (a) at which you have ever appeared for an animal exhibition; and (b) with which you contend you had an ongoing business relationship. With respect to (a), please quantify by dollar amount per appearance the money received for any animal exhibition appearance, and with respect to (b), please quantify by dollar amount per mall the value of any lost business relationship. In quantifying the value of any lost business relationship on a per appearance basis, please identify all facts, documents, and calculations demonstrating how you arrived at the dollar amount supplied.

**RESPONSE:**

Westcentre
Belden Village
Hawthorn
Gateway Mall
\Southlake

Yes, documents concerning the specific lost revenues and lost profits are attached and documents referenced.

     6.    Identify which malls owned or operated by Dial Properties, Co. (a) at which you have ever appeared for an animal exhibition; and (b) with which you contend you had an ongoing business relationship. With respect to (a), please quantify by dollar amount per appearance the money received for any animal exhibition appearance, and with respect to (b), please quantify by dollar amount per mall the value of any lost business relationship. In quantifying the value of any lost business relationship on a per appearance basis, please identify all facts, documents, and calculations demonstrating how you arrived at the dollar amount supplied.

**RESPONSE:**

Delta Place
Five Lakes Centre Mall
Fremont Mall
Platte River Mall
Hilltop Mall
The Village Centre
Tremont Square
Yankton

Yes, documents concerning the specific lost revenues and lost profits are attached and documents referenced.

7. Identify which malls owned or operated by Coyote Management, L.P. (a) at which you have ever appeared for an animal exhibition; and (b) with which you contend you had an ongoing business relationship. With respect to (a), please quantify by dollar amount per appearance the money received for any animal exhibition appearance, and with respect to (b), please quantify by dollar amount per mall the value of any lost business relationship. In quantifying the value of any lost business relationship on a per appearance basis, please identify all facts, documents, and calculations demonstrating how you arrived at the dollar amount supplied.

**RESPONSE:**

Alton Square
Temple Mall
Crossroads Mall
Central Mall

Yes, documents concerning the specific lost revenues and lost profits are attached and documents referenced.

8. Identify which malls owned or operated by Tucker Development Corporation (a) at which you have ever appeared for an animal exhibition; and (b) with which you contend you had an ongoing business relationship. With respect to (a), please quantify by dollar amount per appearance the money received for any animal exhibition appearance, and with respect to (b), please quantify by dollar amount per mall the value of any lost business relationship. In quantifying the value of any lost business relationship on a per appearance basis, please identify all facts, documents, and calculations demonstrating how you arrived at the dollar amount supplied.

**RESPONSE:**

Yorkville
York
Newark
Country Club Plaza

Yes, documents concerning the specific lost revenues and lost profits are attached and documents referenced.

9. Identify which restaurants owned or operated by Buffalo Wild Wings (a) at which you have ever appeared for an animal exhibition; and (b) with which you contend you had an ongoing business relationship. With respect to (a), please quantify by dollar amount per appearance the money received for any animal exhibition appearance, and with respect to (b), please quantify by dollar amount per restaurant the value of any lost business relationship. In quantifying the value of any lost business relationship on a per appearance basis, please identify all facts, documents, and calculations demonstrating how you arrived at the dollar amount supplied.

**RESPONSE:**

Buffalo Wild Wings

Yes, documents concerning the specific lost revenues and lost profits are attached and documents referenced.

10. Identify when you have ever appeared at the Mounds Mall of Anderson, a shopping mall located in Anderson, Indiana, and please quantify by dollar amount per appearance the money received for any animal exhibition appearance and the dollar amount per appearance of any alleged lost business relationship. In quantifying the value of any lost business relationship on a per appearance basis, please identify all facts, documents, and calculations demonstrating how you arrived at the dollar amount supplied.

**RESPONSE:**

Yes, documents concerning the specific lost revenues and lost profits are attached and documents referenced.

11. Identify when you have ever appeared at the Courtland Center Mall, and please quantify by dollar amount per appearance the money received for any animal exhibition appearance and the dollar amount per appearance of any alleged lost business relationship. In quantifying the value of any lost business relationship on a per appearance basis, please identify all facts, documents, and calculations demonstrating how you arrived at the dollar amount supplied.

**RESPONSE:**

Yes, documents concerning the specific lost revenues and lost profits are attached and documents referenced.

12.     Identify when you have ever appeared at the Fremont Mall, and please quantify by dollar amount per appearance the money received for any animal exhibition appearance and the dollar amount per appearance of any alleged lost business relationship. In quantifying the value of any lost business relationship on a per appearance basis, please identify all facts, documents, and calculations demonstrating how you arrived at the dollar amount supplied.

**RESPONSE:**

Yes, documents concerning the specific lost revenues and lost profits are attached and documents referenced.

13.     Identify when you have ever appeared at the Platte River Mall, and please quantify by dollar amount per appearance the money received for any animal exhibition appearance and the dollar amount per appearance of any alleged lost business relationship. In quantifying the value of any lost business relationship on a per appearance basis, please identify all facts, documents, and calculations demonstrating how you arrived at the dollar amount supplied.

**RESPONSE:**

Yes, documents concerning the specific lost revenues and lost profits are attached and documents referenced.

14.     Identify when you have ever appeared at the Towne Center at Levi Commons, which is leased and managed by Hill Partners, Inc. and located in Ohio, and please quantify by dollar amount per appearance the money received for any animal exhibition appearance and the dollar amount per appearance of any alleged lost business relationship. In quantifying the value of any lost business relationship on a per appearance basis, please identify all facts, documents, and calculations demonstrating how you arrived at the dollar amount supplied.

**RESPONSE:**

Yes, documents concerning the specific lost revenues and lost profits are attached and documents referenced.

15.     Identify when you have ever appeared at the Davis County Fair, and please quantify by dollar amount per appearance the money received for any animal exhibition

appearance and the dollar amount per appearance of any alleged lost business relationship. In quantifying the value of any lost business relationship on a per appearance basis, please identify all facts, documents, and calculations demonstrating how you arrived at the dollar amount supplied.

**RESPONSE:**

Yes, documents concerning the specific lost revenues and lost profits are attached and documents referenced.

      16.   Identify when you have ever appeared at the Sandsburg Mall in Galesburg, Illinois, and please quantify by dollar amount per appearance the money received for any animal exhibition appearance and the dollar amount per appearance of any alleged lost business relationship. In quantifying the value of any lost business relationship on a per appearance basis, please identify all facts, documents, and calculations demonstrating how you arrived at the dollar amount supplied.

**RESPONSE:**

Yes, documents concerning the specific lost revenues and lost profits are attached and documents referenced.

      17.   Identify when you have ever appeared at the Pzazz Resort Hotel and Casino in Burlington, Iowa, and please quantify by dollar amount per appearance the money received for any animal exhibition appearance and the dollar amount per appearance of any alleged lost business relationship. In quantifying the value of any lost business relationship on a per appearance basis, please identify all facts, documents, and calculations demonstrating how you arrived at the dollar amount supplied.

**RESPONSE:**

Yes, documents concerning the specific lost revenues and lost profits are attached and documents referenced.

      18.   Identify when you have ever appeared at the Heartland Mall in Early, Texas, and please quantify by dollar amount per appearance the money received for any animal exhibition appearance and the dollar amount per appearance of any alleged lost business relationship. In quantifying the value of any lost business relationship on a per appearance basis, please identify

all facts, documents, and calculations demonstrating how you arrived at the dollar amount supplied.

**RESPONSE:**

Yes, documents concerning the specific lost revenues and lost profits are attached and documents referenced.

      19.    Identify when you have ever appeared at the Centerpointe Mall in Grand Rapids, Michigan, and please quantify by dollar amount per appearance the money received for any animal exhibition appearance and the dollar amount per appearance of any alleged lost business relationship. In quantifying the value of any lost business relationship on a per appearance basis, please identify all facts, documents, and calculations demonstrating how you arrived at the dollar amount supplied.

**RESPONSE:**

Yes, documents concerning the specific lost revenues and lost profits are attached and documents referenced.

      20.    Identify all allegedly actionable defamatory statements made by BCR by providing the (a) date and time; (b) speaker or author of the statement; (c) audience or recipient of the statement; (d) the venue at which the Defendants appeared or planned to appear which was the subject of the allegedly actionable statement; (e) the portion of the statement which you contend is actionable defamation; and (f) your basis for contending the portion(s) of the statements are actionable defamation.

**RESPONSE:**

The defamatory statements were made by representations of Big Cat Rescue Corp. The statements are contained in oral statements, and/or in email communications, including attachments.

The defamatory statements include:

- That Defendants/Counter-Plaintiffs, Big Cat Rescue Entertainment Group, Inc. ("BCR Entertainment"), G.W. Exotic Animal Memorial Foundation ("GWE"), and Joe Schreibvogel ("Schreibvogel") engage in animal cruelty.
- That handlers at GWE hit tigers with the butt end of rifles.
- That GWE has 1570 animals on 18 acres.
- that GWE provides poor quality of life and lack of care.
- Animals travel thousands of miles per year.

- Female animals are "simply bred over and over again" at GWE.
- GWE "claims it doesn't bread or sell."
- GWE runs a puppy mill.
- That the cub you are petting today will end up as a backyard breeder, shot for a price at a canned hunting facility, killed for parts, sold as ingredients.
- Schreibvogel is a "modern day snake oil salesman" making money off the backs of innocent animals.

The above stated defamatory statements were made in an email from Plaintiff's agent and representative Julie Hanan to JC Penney corporate headquarters; Staples corporate headquarters; Joann Fabrics corporate headquarters; Dunham Sports corporate headquarters.  The date of the email is September 25, 2009

An "action alert" by BCR at Capwiz.com, dated April 1, 2011, directed to Sandburg Mall, Galesburg, Illinois

- "What happens to cute cubs used to make money by people like Schreibvogel after they are too big and dangerous to use this way?  Most spend their lives in small concrete and chain link cells, often in horrible conditions.

An "action alert" directed to Ashtabula Towne Square GM Shoppes at Ward Ridge Mall and GM Orchard Mall, dated September 7-12, year unknown.

- "In reality these cubs endure a miserable existence while they are on display and they are designed in most cases, to a life sentence in deplorable conditions, or are killed as part of the billion dollar illegal trade in tiger parts."

Email from Susan Bass, sent in June of 2011 to Heartland Mall, concerning "Awakening Production."

- "They promote this this pay to play with tiger cubs" scheme under the guise of providing customers with education about big cats.  But, the truth is that they breed and exhibit cubs ONLY to make money.

- "These cubs endure a miserable existence while traveling and on display at a very young age, without their mothers, and then in most cases, spending their lives in deplorable conditions, such as foreign zoos or even being killed as part of the illegal trade in tiger parts."

Email from Susan Bass to Centerpointe Mall dated December 12, 2011.

- "They breed and exhibit cubs ONLY to make money under a "scheme""

- "Why are tiger cubs petting displays so abusive?  Without knowing the facts, seeing children pet cute tiger cubs seems adorable and innocent.  But in reality, those cubs endure a miserable existence while they are on display.  They are torn from their mothers when they are days old and taken on the road and forced to live in small cages and travel

in semi trailers. And, where do cubs used by exhibitors in this way end up once they are too large and dangerous for contact with the public and the exhibitor can no longer make money from these "photo ops? Often they are sold to private owners or roadside zoos and some may be killed to supply the illegal trade in animal parts."

- "Cubs are bred and born in this country, often spend their entire lives – keep in mind that captive tigers can live to be 20 years old, in tiny cement floor cages in deplorable conditions."

- "True rescuers and sanctuaries of exotic cats do not breed them and would never take their animals on the road or allow direct contact with the public. Breeding more tigers simply adds to the number of big cats that end up living in road side zoos or being destroyed to supply the illegal trade in tiger parts. There are already way too many unwanted and abandoned exotic cats in this country than sanctuaries can handle. Despite this, Schreibvogel has a huge tiger breeding program at his zoo that greatly contributes to the overcrowding of sanctuaries in the U.S. and to the ease in which people can purchase tiger cubs over the internet as pets."

- "Schreibvogel is one of the country's most notorious breeders."

On December 14th and 15th 2011, Susan Bass of BCR followed up with Centerpointe Mall, demanding they not allow GWE or Schreibvogel to ever appear again at 17 malls owned by Lormar Stern.

The Counter Plaintiff believes that Susan Bass of BCR and/or Carole Baskin of BCR, or Howard Baskin of BCR, or other agents and representatives of BCR contacted the venues of GWE and repeated, orally and/or in writing the above defamatory statements at the following approximate times and dates. The communications were oral, via email, via an alert on BCR's website, or 911animalabuse.com, or Facebook posting, or on capwiz. BCR also directed third parties and/or supporters to publish the above defamatory statements to the venues.

| Date | Venues |
|---|---|
| January, 2011 | Fremont Mall, Fremont, NE; Platte River Mall, North Platte, NE |
| February, 2011 | Monument Mall, Scots Bluff, NE; Hutchison Mall, Hutchinson, MN |
| March, 2011 | Orchard Mall, Benton Harbor, MI; Westminster Mall, Westminster, CO; East Hills Mall, St. Joseph, MO; and Mounds Mall, Anderson, IN |
| April, 2011 | Lincoln Mall, Matteson, IL; Pizzaz Resort & Casino, Burlington, IA; Orchard Mall, Benton Harbor, MI; and Mall of the Mainland, Texas City, TX |
| May, 2011 | Mall of the Mainland, Texas City, TX; Plaza Americas Mall, Houston, TX; Greenspoint Mall, Houston, TX; Herzog & Sons, Denver, CO |
| June, 2011 | Heartland Mall, Early, TX; Concord Mall, Elkhart, IN |
| July, 2011 | Eufala Chamber of Commerce, Eufala, OK |

| | |
|---|---|
| August, 2011 | Jackson County Fair, Jackson MN; Great Lakes Mall, Spirit Lake, IA; Shops of Woodridge, Marshfield, WI; Central State Fair, Rapid City, SD; Ashtabula Town Square |
| September, 2011 | Southern New Mexico State Fair; Amarillo Tri-State Fair, Amarillo, TX |
| October, 2011 | Northgate Mall, Cincinnati, OH; Village Square Mall, Effingham, IL; Cedar Mall, Rise Lake, WI |
| November, 2011 | Cedar Mall, Rice Lake, WI; IAFE Trade Show, Los Vegas, NV |
| December, 2011 | Centerpointe Mall, Grand Rapid, MI; and Lormax Stern (Managing Company) |

The basis for the contention of defamation are the above statements are untrue and made with the intent to damage GWE and Mr. Schreibvogel. Specifically, the above statements by BCR were published and false. BCR acted with knowledge, reckless disregard or negligence as their falsity and were defamatory. The above statements are defamatory because they harmed the reputation of GWE and Schreibvogel, lowering him or her in they community and injured his business, reputation and occupation.


21.     Identify all facts and documents relating to the Defendants' adoption of the "Big Cat Rescue Entertainment" name and the "Big Cat Rescue Entertainment" logo depicting a snow leopard's eyes.

**RESPONSE:**

The Big Cat Entertainment name was used where the tiger exhibit and magic show would appear together. The snow leopard eyes are not a logo, but the idea came from similar use by Serenity Springs on their truck.


22.     Identify all facts and documents relating to Schreibvogel's contention in his June 6, 2011 deposition that a hacker (a) hacked into his Facebook account, (b) hacked into his Facebook account and posted comments on Dan Fryer's Facebook page on November 4, 2010, (c) cancelled his first Christmas party and (d) cancelled his first show, as found at page 43 of Schreibvogel's deposition transcript.

**RESPONSE:**

Complaint was submitted to the Internet Crime Complaint Center on December 13, 2010; Complaint number I1012131300067821; description of the incident is as follows:

11

"Our nonprofit website and 2 email accounts were hacked 12/12/10. Our website was completely wiped out, our email accounts were hacked and everything deleted, years of emails concerning threats from PETA and other individuals, business contacts, client and donors, everything. The hacker posted on my Facebook account that a benefit we are holding was cancelled and there were no refunds and that I was keeping the money for myself. All ticket holders, sponsors, friends, etc., on my account received this alarming messages. When they went to the website http://gwpark.org, our website was completely wiped out. They also posted the same message on twitter.com"

      23. Identify all facts and documents relating to Schreibvogel's contention in his June 6, 2011 deposition that BCR was responsible for hacking into Schreibvogel's Facebook account, hacking into Schreibvogel's Facebook account and posting comments on Dan Fryer's Facebook page on November 4, 2010, canceling Schreibvogel's first Christmas party, and/or canceling his first show.

**RESPONSE:**

Since Mr. Schreibvogel did not post the comments, it follows that whoever did was attempting to put him in a bad light concerning his use of the name Big Cat Rescue Entertainment. BCR had the motivation to do just that.

      24. Identify all facts and documents relating to Schreibvogel's contention in his June 6, 2011 deposition that the FBI was investigating his claims that his Facebook account had been hacked, including but not limited to, the name(s) of any FBI investigator, the branch of the FBI to which the hacking claim was made, the date of the FBI investigation, and the current status of the FBI investigation.

**RESPONSE:**

The FBI office is located in Oklahoma. Mr. Schreibvogel has not received any information as to the status.

      25. Identify all facts and documents relating to any claims of hacking made by the Defendants to the operators of the website known as Facebook available at http://www.facebook.com, including but not limited to the date of any complaints of hacking and the current status of any investigation by Facebook.

**RESPONSE:**

A written report was submitted concerning the hacking as to the Dan Fryer incident. No result of the complaint has been received.

## VERIFICATION PAGE FOR BIG CAT RESCUE ENTERTAINMENT GROUP, INC.

By: _____

Print Name: Joe Schreibvogel

STATE OF Oklahoma

COUNTY OF Garvin

BEFORE ME, the undersigned authority, personally appeared Joe Schreibvogel, who being either personally known to me or producing the following identification: _____ and being first duly sworn, deposes and says that he/she is the _____ of BIG CAT RESCUE ENTERTAINMENT GROUP, INC., that he/she has read the foregoing answers to interrogatories, and that the answers are true and correct to the best of his/her information and belief.

SWORN TO AND SUBSCRIBED BEFORE ME this 12 day of June, 2012.

_____
NOTARY PUBLIC

Print Name: Charlotte Weeks

My Commission Expires: 9-13-12

2

## VERIFICATION PAGE FOR G.W. EXOTIC MEMORIAL ANIMAL FOUNDATION d/b/a BIG CAT RESCUE ENTERTAINMENT GROUP

By: _[signature]_

Print Name: Joe Schreibvogel

STATE OF Oklahoma

COUNTY OF Garvin

BEFORE ME, the undersigned authority, personally appeared Joe Schreibvogel, who being either personally known to me or producing the following identification: _____ and being first duly sworn, deposes and says that he/she is the _____ of G.W. EXOTIC MEMORIAL ANIMAL FOUNDATION d/b/a BIG CAT RESCUE ENTERTAINMENT GROUP, that he/she has read the foregoing answers to interrogatories, and that the answers are true and correct to the best of his/her information and belief.

SWORN TO AND SUBSCRIBED BEFORE ME this 12 day of June, 2012.

_[signature]_
NOTARY PUBLIC
Print Name: Charlotte Weeks

My Commission Expires: 9-13-12

10

## VERIFICATION PAGE FOR , and JOE SCHREIBVOGEL a/k/a JOE EXOTIC a/k/a AARRON ALEX a/k/a CODY RYAN

By: _____

Print Name: Joe Schreibvogel

STATE OF Oklahoma

COUNTY OF Garvin

BEFORE ME, the undersigned authority, personally appeared Joe Schreibvogel who being either personally known to me or producing the following identification: _____ and being first duly sworn, deposes and says he has read the foregoing answers to interrogatories, and that the answers are true and correct to the best of his information and belief.

SWORN TO AND SUBSCRIBED BEFORE ME this 12 day of June, 2012.

_____
NOTARY PUBLIC

Print Name: Charlotte Weeks

My Commission Expires: 9-13-12

11