# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BIG CAT RESCUE CORP.,
a Florida not-for-profit corporation,

  Plaintiff,

vs.              Case No. 8:11-cv-00209-JDW-MAP

BIG CAT RESCUE ENTERTAINMENT
GROUP, INC., an Oklahoma corporation;
G.W. EXOTIC MEMORIAL ANIMAL
FOUNDATION d/b/a Big Cat Rescue
Entertainment Group, an Oklahoma corporation;
JOE SCHREIBVOGEL, a/k/a Joe Exotic
a/k/a Aarron Alex a/k/a Cody Ryan,
individually,

  Defendants.
_____/

## DEFENDANTS/COUNTER-PLAINTIFFS' SUPPLEMENTAL DISCLOSURE OF WITNESSES PURSUANT TO RULE 26

Defendants/Counter-Plaintiffs, BIG CAT RESCUE ENTERTAINMENT GROUP, INC. ("BCR Entertainment"), G.W. EXOTIC MEMORIAL ANIMAL FOUNDATION ("GWE"), and JOE SCHREIBVOGEL, ("Schreibvogel"), (collectively "Defendants"), by and through their undersigned counsel, hereby supplement the following witnesses likely to be called to testify at the trial in this matter:

  1.  Aaron Stone
     Address unknown

  2.  Katie Johnson
     GJK, PLLC
     111 N. Chickasaw
     P.O. Box 1062
     Pauls Valley, OK 73075
     (405) 207-8205
     kjohnson@gjkpllc.com

3. John Reinke
c/o Big Cat Rescue Entertainment Group, Inc.
RR 2 Box 67
Wynnewood, OK 73098

4. Nancy Ellifrit, D.V.M.
USDA, APHIS, Animal Care
Veterinary Medical Officer Inspector 4006
Newalla, OK
Nancy.m.ellifrit@aphis.usda.gov
(240) 461-9186

5. Dr. Joann Green
Green's Veterinary Clinic
Rt 2 Box 202B
Wynnewood, OK  73098

6. Dr. Cornelia Ketz-Riley
Zoo, Exotic & Wildlife Medicine
Veterinary Teaching Hospital
Oklahoma State University
Stillwater, OK  74078
(405) 744-4329

7. Julie Hanan
Address unknown

8. Susan Aronoff Bradshaw
4702 Cooper Road
Plant City, FL  33565
(813) 690-9696

9. Jamie Murdock
c/o Big Cat Rescue, Corp.

10. Bow Reed
1427 West C 48
Bushnell, FL  33513
(352) 793-1008

11. Diane Roger
Address unknown
(813) 767-5323

12. Debra Sandlin

2

        Address unknown
        (813) 431-5683

13.    Judy Watson
        Address unknown
        (352) 799-2334

14.    Jim Moore
        Address unknown
        (813) 690-0287

15.    Mary Ann Reed
        Address unknown
        (863) 868-5717

16.    Debra Hoskey
        Address unknown
        (727) 418-1126

17.    Tina Pennington Yates
        Address unknown
        (727) 487-3053

18.    Victoria Windlum
        Address Unkown
        (352) 598-2151

19.    Dennis Hill
        Address Unknown
        (812) 587-5825

20.    Jeanne James
        Address unknown
        (541) 347-2304

21.    David McMillan
        Address unknown
        (407) 365-5926

22.    Marc McCarthy
        Address unknown
        (561) 790-2116

23.    Sue Arnold
        Address unknown
        (863) 634-6804

...

24. Sue Kelly
    Address unknown
    (407) 880-0449

25. Charlotte Hornsby
    Address unknown
    (239) 470-3542

26. Grace Lush
    Address unknown
    (519) 323-1172

27. Sandy Flahery
    Address unknown
    (530) 476-4900

28. Chris Hawes
    Address unknown

29. Leah Dixon
    Address unknown
    (813) 714-5636

30. Pat Quillan
    Address unknown
    (760) 749-3946

31. Brigette Irry
    Address unknown

32. Lisa Stoner
    Address unknown

33. Gregg Woody
    Woody's Menagerie
    P.O. Box 68
    1909 Old Park Ave
    Mulberry Grove, IL  62262
    (618) 406-3342

34. Jamie Palazo
    Great Cat Adventures
    5888 Echo Bluff
    Haltom City, TX  76137
    (817- 825-3484

35. Nick Sculac
    Big Cats of Serenity Springs
    24615 Scott Road
    Calhan, CO 80808
    (719) 347-9200

36. Dodge City Zoo (Wright Park Zoo)
    71 North 2nd Avenue
    Dodge City, KS 67801
    (620) 225-8163

37. Teresa Shaffer
    Exotic Cats R Us
    160 NW 1401 Road
    Holden MO 64040
    (816) 739-3999

38. Genesis Wildlife Center
    1303 Romeo Road
    Tobyhanna, PA 18466
    (507) 348-4137

39. Trish Lee
    Temple Mall
    3111 S 31st
    Temple, TX 76502
    (254) 778-4847

40. Amy Forcier
    Hutchinson Mall
    1500 E 11th Avenue
    Hutchinson, KS 67501

41. Clarine Eickoff
    Platte River Mall
    1000 South Dewey
    North Platte, NE 69101
    (308) 534-3090

42. Janet Bushue
    Illinois Centre Mall
    3000 West DeYoung
    Marion, IL 62959
    (618) 933-5436

43. Regan Lyons
    East Hills Mall
    3702 Fredrick
    St. Joseph, MO  64506
    (816) 279-5667

44. Troy Hannon
    Courtland Center Mall
    4190 E. Court Street
    Burton, MI  48509
    (810) 744-0742

45. Courtney Comstock
    Findlay Village Mall
    1800 Tiffin Ave
    Findlay, OH  45840
    (419) 423-8732

46. Meguile Calera
    Mall of the Mainland & PlazAmericas
    4200 S. Freeway, Ste. 2500
    Fort Worth, TX  76115
    (817) 922-8888

47. Gayle Segura
    Northland Mall, Frisco Station & Oakwood Mall, Arrowhead Mall, Belvedere Park Plaza, Conestoga Mall & Crossroads Mall
    (303) 757-8811

48. Kathy Swindler
    Music City Mall
    4101 E 42 Street
    Odessa, TX  79762

49. Stephanie Beam
    Centerpointe Mall
    3665 28th SE Street
    Grand Rapid, MI  49512
    (616) 949-2550

50. James Fowler
    Centerpointe Mall
    3665 28th SE Street
    Grand Rapid, MI  49512
    (616) 949-2550

51. Ron Dawark
    Heartland Mall
    300 Early Boulevard
    Brownwood, TX  76802
    (325) 646-8531

52. Amber Boots
    Fremont Mall
    860 E 23rd
    Fremont, NE  68025
    (402) 727-0547

53. Jason Bost
    J. Herzog & Sons
    (800) 333-6857

54. Kevin Tinson
    Colony Square Mall
    3575 Maple Avenue
    Zaneville, OH  43701
    (740) 454-3255

55. Gayla Howe
    2794 County Street 2790
    Chickasha, OK  73018
    (405) 320-1417

56. All witnesses identified by Plaintiff/Counter-Defendant in its Witness List.

57. All witnesses disclosed by discovery in this matter.

56. All witnesses necessary for impeachment and rebuttal purposes.

Defendants/Counter-Plaintiffs reserve the right to amend and supplement the foregoing Witness List as its investigation and discovery is still ongoing and consistent with any Pre-Trial Order entered in this matter.

Dated this 27th day of June, 2012.

                         Respectfully Submitted,

                         ANDERSON | PINKARD

                         Daniel W. Anderson, Esq.
                         Florida Bar No.: 490873
                         13577 Feather Sound Drive, Suite 670
                         Clearwater, FL 33762-5532
                         Telephone: (727) 329-1999
                         Facsimile: (727) 329-1499
                         danderson@floridalawpartners.com
                         *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of June, 2012, a copy of the foregoing Supplemental Witness List was sent via electronic and U.S. Mail to Plaintiff/Counter-Defendant's counsel as described below:

Frank R. Jakes, Esq.
Aleksas A. Barauskas, Esq.
Johnson, Pope, Bokor, Ruppel & Burns, LLP
403 E. Madison Street, Suite 400
Tampa, FL 33601
FrankJ@jpfirm.com
AleksasB@jpfirm.com

                         Daniel W. Anderson, Esq.
                         Florida Bar No.: 490873