IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BIG CAT RESCUE CORP.,
a Florida not for profit corporation,

    Plaintiff/Counterclaim Defendant,

vs.

BIG CAT RESCUE ENTERTAINMENT
GROUP, INC.; G.W. EXOTIC MEMORIAL
ANIMAL FOUNDATION; and JOE
SCHREIBVOGEL;

    Defendants/Counterclaim Plaintiffs.

CASE NO. 8:11-cv-00209-MSS-MAP

## STIPULATION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff BIG CAT RESCUE CORP., and Defendants BIG CAT RESCUE ENTERTAINMENT GROUP, INC.; G.W. EXOTIC MEMORIAL ANIMAL FOUNDATION; and JOE SCHREIBVOGEL, through their undersigned counsel, hereby stipulate and move this Court for entry of judgment according to the attached Consent Judgment.

Dated this 8th day of February, 2013.

/s/ Frank R. Jakes
FRANK R. JAKES, FBN 372226
E-Mail: frankj@jpfirm.com
JOHNSON, POPE, BOKOR, RUPPEL
  & BURNS, LLP
403 E. Madison Street, 4th Floor
Tampa, FL 33602
Tel: (813) 225-2500
Fax: (813) 223-7118
*Attorneys for Plaintiff*

/s/Daniel W. Anderson
DANIEL W. ANDERSON, FBN 490873
E-Mail: danderson@floridalawpartners.com
ANDERSON LAW GROUP, P.A.
13577 Feather Sound Drive, Suite 670
Clearwater, Florida 33762
Tel.: (727)329-1999
Fax:(727)329-1499

*Attorneys for Defendants*

1300394