IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BIG CAT RESCUE CORP.,<br>a Florida not for profit corporation,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>BIG CAT RESCUE ENTERTAINMENT<br>GROUP, INC.; G.W. EXOTIC MEMORIAL<br>ANIMAL FOUNDATION; and JOE<br>SCHREIBVOGEL;<br><br>    Defendants/Counterclaim Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)   CASE NO. 8:11-cv-00209-MSS-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT FINAL JUDGMENT
## AND PERMANENT INJUNCTION

    Plaintiff having filed an action for trademark infringement against Defendants and the Defendants having counterclaimed, the parties now request entry of this Judgment.

    IT IS ORDERED, ADJUDGED AND DECREED THAT:

    1.    Plaintiff BIG CAT RESCUE CORP. ("BCR"), with its principal place of business at 12802 Easy Street, Tampa, Florida 33625 owns U.S. Trademark Reg. No. 2,918,642 and the trademark BIG CAT RESCUE.

    2.    Defendants, BIG CAT RESCUE ENTERTAINMENT GROUP, INC.; G.W. EXOTIC MEMORIAL ANIMAL FOUNDATION; and JOE SCHREIBVOGEL (collectively "Defendants") with their principal place of business at 25803 N. CR 3250, Wynnewood, Oklahoma 73098; have infringed upon Plaintiff's trademark rights and engaged in false designation of origin and unfair competition.

3.      Permanent Injunction is hereby issued against Defendants enjoining them as follows:

A.      Defendants, their principals, agents, servants and employees, and all persons in active concert or participation with any of them, shall not make use of the BIG CAT RESCUE mark, or any other confusingly similar mark for any purpose;

B.      Defendants shall not make, in any manner whatsoever, any statement, indication, suggestion, or representation, or perform any act, likely to lead the public or individual members of the public to believe that Defendants are in any manner, jointly or individually, directly or indirectly, associated, affiliated or connected with BCR, licensed, authorized, or approved by BCR or anyone connected with BCR;

C.      Defendants shall not commit any other act which infringes upon BCR's trademarks or constitutes an act of unfair competition or deceptive trade practice;

E.      Defendants shall not represent, either directly or indirectly that they own the BIG CAT RESCUE mark.

4.      Final judgment is entered against Defendants BIG CAT RESCUE ENTERTAINMENT GROUP, INC.; G.W. EXOTIC MEMORIAL ANIMAL FOUNDATION; and JOE SCHREIBVOGEL as to Counts I, II, III and IV of the Complaint, jointly and severally for compensatory damages of $653,000.00 and attorneys' fees and costs of $300,000.00 for a total amount of $953,000.00 to accrue at the applicable post-judgment statutory interest rate for which let execution issue.

5.      Final Judgment is entered against Defendants BIG CAT RESCUE ENTERTAINMENT GROUP, INC.; G.W. EXOTIC MEMORIAL ANIMAL FOUNDATION; and JOE SCHREIBVOGEL on their counterclaims in accordance with this Court's Order

granting Plaintiff's Motion for Summary Judgment (Doc. 157).

Date: _____

_____
THE HON. MARY S. SCRIVEN

Approved as To Form and Content:

Big Cat Rescue Corp.

By: _Carole Baskin_____

Title: _CEO_____

Big Cat Rescue Entertainment
Group, Inc.

By: _Schreibvogel_____

Title: _CEO_____

Date: _2-8-13_____

G.W. Exotic Memorial Animal
Foundation

By: _Schreibvogel_____

Title: _CEO_____

Date: _2-8-13_____

Joe Schreibvogel

_Schreibvogel_____
Date: ___CEO . 2-8-13____

1294539

Page 3 of 3