UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BIG CAT RESCUE CORP.**, a Florida
not-for-profit corporation,
         Plaintiff,
v.

**BIG CAT RESCUE ENTERTAINMENT
GROUP, INC.**, an Oklahoma corporation;
**G.W. EXOTIC MEMORIAL ANIMAL
FOUNDATION** d/b/a **BIG CAT RESCUE
ENTERTAINMENT GROUP**, an Oklahoma
corporation; **JOE SCHREIBVOGEL**,
a/k/a Joe Exotic a/k/a Aarron Alex a/k/a/
Cody Ryan, individually,
         Defendants.
_____/

CASE NO.: 8:11-CV-209-MSS-MAP

**CONSENT FINAL JUDGMENT
AND PERMANENT INJUNCTION**

Plaintiff having filed an action for trademark infringement against Defendants and the Defendants having counterclaimed, the parties now stipulate and move the Court for entry of this Judgment. (Dkt. 158)

**IT IS ORDERED, ADJUDGED AND DECREED THAT**:

1. Plaintiff BIG CAT RESCUE CORP. ("BCR"), with its principal place of business at 12802 Easy Street, Tampa, Florida 33625 owns U.S. Trademark Reg. No. 2,918,642 and the trademark BIG CAT RESCUE.

2. Defendants, BIG CAT RESCUE ENTERTAINMENT GROUP, INC.; G.W. EXOTIC MEMORIAL ANIMAL FOUNDATION; and JOE SCHREIBVOGEL (collectively "Defendants") with their principal place of business at 25803 N. CR 3250, Wynnewood, Oklahoma 73098; have infringed upon Plaintiff's trademark rights and

engaged in false designation of origin and unfair competition.

3. Permanent Injunction is hereby issued against Defendants enjoining them as follows:

A. Defendants, their principals, agents, servants and employees, and all persons in active concert or participation with any of them, shall not make use of the BIG CAT RESCUE mark, or any other confusingly similar mark for any purpose;

B. Defendants shall not make, in any manner whatsoever, any statement, indication, suggestion, or representation, or perform any act, likely to lead the public or individual members of the public to believe that Defendants are in any manner, jointly or individually, directly or indirectly, associated, affiliated or connected with BCR, licensed, authorized, or approved by BCR or anyone connected with BCR;

C. Defendants shall not commit any other act which infringes upon BCR's trademarks or constitutes an act of unfair competition or deceptive trade practice;

E. Defendants shall not represent, either directly or indirectly that they own the BIG CAT RESCUE mark.

4. Final judgment is entered against Defendants BIG CAT RESCUE ENTERTAINMENT GROUP, INC.; G.W. EXOTIC MEMORIAL ANIMAL FOUNDATION; and JOE SCHREIBVOGEL as to Counts I, II, III and IV of the Complaint, jointly and severally for compensatory damages of $653,000.00 and attorneys' fees and costs of $300,000.00 for a total amount of $953,000.00 to accrue at the applicable post-judgment statutory interest rate for which let execution issue.

5. Final Judgment is entered against Defendants BIG CAT RESCUE ENTERTAINMENT GROUP, INC.; G.W. EXOTIC MEMORIAL ANIMAL FOUNDATION;

and JOE SCHREIBVOGEL on their counterclaims in accordance with this Court's Order granting Plaintiff's Motion for Summary Judgment (Doc. 157).

6. The Clerk is **DIRECTED** to enter judgment in accordance with the Parties' stipulation, terminate any pending motions, and **CLOSE** this Case.

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of February 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person