UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BIG CAT RESCUE CORP.,
a Florida Not for Profit Corporation,

      Plaintiff,

          v.                    Case No. 8:11-cv-209-MSS-MAP

BIG CAT RESCUE
ENTERTAINMENT GROUP,
INC., an Oklahoma Corporation,
G.W. EXOTIC ANIMAL MEMORIAL
FOUNDATION d/b/a BIG CAT RESCUE
ENTERTAINMENT GROUP, an Oklahoma
Corporation, and JOE SCHREIBVOGEL,
a/k/a JOE EXOTIC a/k/a AARRON ALEX
a/k/a CODY RYAN, individually,

      Defendants.

  v.

LAW OFFICE OF JOHN M. PHILLIPS, LLC,

          Garnishee.
_____/

## POST-JUDGMENT WRIT OF GARNISHMENT

**THE U.S. MARSHAL OF THE U.S. MIDDLE DISTRICT OF FLORIDA:**

**YOU ARE COMMANDED TO SUMMON THE GARNISHEE**:

    Law Office Of John M. Phillips, LLC
    212 N. Laura St.
    Jacksonville, FL 32202-3502

to serve an answer to this Writ on Judgment Creditor's attorney at the address

identified below within twenty (20) days after service on the Garnishee, exclusive of

the day of service, and to file the original with the Clerk of this Court either before service on the Judgment Creditors or Judgment Creditor's attorney or immediately thereafter, stating whether the Garnishee is indebted to the Judgment Debtor JOE SCHREIBVOGEL, a/k/a JOE EXOTIC a/k/a AARRON ALEX a/k/a CODY RYAN a/k/a JOSEPH MALDONADO a/k/a JOSEPH MALDONADO-PASSAGE, at the time of service of the answer or, was indebted at the time of service of the Writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Judgment Debtor the Garnishee has in its possession or control at the time of the answer, or had at the time of service of this Writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to the Judgment Debtor, or who may be in possession or control of any of the property of the Judgment Debtor. The amount set forth in Judgment Creditor's motion and the amount that Judgment Debtor remains indebted to Judgment Creditors is, at least, $741,444.27 together with interest as provided in the judgment. The address to serve the answer to this writ is as follows:

> Frank R. Jakes, Esq.
> JOHNSON POPE BOKOR RUPPEL & BURNS, LLP
> 401 E. Jackson St., Suite 3100
> Tampa, FL 33602

**FAILURE TO FILE AN ANSWER WITHIN THE TIME REQUIRED MAY RESULT IN THE ENTRY OF JUDGMENT AGAINST THE GARNISHEE FOR THE ABOVE AMOUNT OF $741,444.27 WITH INTEREST AS PROVIDED IN THE JUDGMENT.**

**DATED** on ___October 14, 2022___.

Clerk, U.S. District Court for the Middle District of Florida

LourdesDelRio

By: _____

As Deputy Clerk